B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re __H.R.S. Hotels Corporation__  
Debtor(s)

Case No. __6:10-bk-07864__  
Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Accor Franchising North America 4001 International Parkway Carrollton, TX 75007 | Accor Franchising North America 4001 International Parkway Carrollton, TX 75007 | franchise fees for Motel 6 | | 50,810.00 |
| AT&T P.O. Box 5019 Carol Stream, IL 60197 | AT&T P.O. Box 5019 Carol Stream, IL 60197 | telephone services | | 3,722.57 |
| Brevard County Tax Collector 400 South Street Titusville, FL 32780 | Brevard County Tax Collector 400 South Street Titusville, FL 32780 | | | 26,500.00 (0.00 secured) |
| Brevard County Tax Collector 400 South Street Titusville, FL 32780 | Brevard County Tax Collector 400 South Street Titusville, FL 32780 | | | 21,793.79 (0.00 secured) |
| Brevard County Tax Collector 400 South Street Titusville, FL 32780 | Brevard County Tax Collector 400 South Street Titusville, FL 32780 | development tax | | 15,000.00 (0.00 secured) |
| City of Cocoa 65 Stone Street Cocoa, FL 32922 | City of Cocoa 65 Stone Street Cocoa, FL 32922 | Utility services | | 3,092.34 |
| Department of Revenue Clearlake Road Cocoa, FL 32926 | Department of Revenue Clearlake Road Cocoa, FL 32926 | sales tax | | 24,500.00 (0.00 secured) |
| Florida City Gas P.O. Box 11812 Newark, NJ 07101 | Florida City Gas P.O. Box 11812 Newark, NJ 07101 | gas service | | 2,270.85 |
| Florida Power and Light FPL General Mail Facility Miami, FL 33188 | Florida Power and Light FPL General Mail Facility Miami, FL 33188 | electric bill | | 13,786.67 |
| H.D. Supply P.O. Box 509058 San Diego, CA 92150 | H.D. Supply P.O. Box 509058 San Diego, CA 92150 | supplies | | 3,998.43 |
| Harris, Miller & Bernhardt 976 Brevard Avenue Suite A Rockledge, FL 32955 | Harris, Miller & Bernhardt 976 Brevard Avenue Suite A Rockledge, FL 32955 | accountant services | | 4,250.00 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.
In re  H.R.S. Hotels Corporation                           Case No.  6:10-bk-07864
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service 8249 Devereux Drive Melbourne, FL 32940 | Internal Revenue Service 8249 Devereux Drive Melbourne, FL 32940 | payroll taxes | | 49,635.67 (0.00 secured) |
| KABA Lodging System KABA ILCO Inc. P.O. Box 12553 Montreal, Quebec Canada H3C 6R1 | KABA Lodging System KABA ILCO Inc. P.O. Box 12553 Canada H3C 6R1 | telephone equipment purchase | | 1,200.00 |
| Michael C. Boehm 1952 Dairy Road Melbourne, FL 32904 | Michael C. Boehm 1952 Dairy Road Melbourne, FL 32904 | accountant services | | 7,500.00 |
| Multichannel Export Inc. 2240 South Atlantic Avenue Daytona Beach, FL 32118 | Multichannel Export Inc. 2240 South Atlantic Avenue Daytona Beach, FL 32118 | services | | 4,236.20 |
| Premium Payment Plan One Hudson City Centre Corner of State & Green Street Hudson, NY 12534 | Premium Payment Plan One Hudson City Centre Corner of State & Hudson, NY 12534 | insurance | | 21,381.57 |
| Price Rite Pool Service P.O. Box 237311 Cocoa, FL 32923 | Price Rite Pool Service P.O. Box 237311 Cocoa, FL 32923 | pool service | | 1,919.75 |
| Southern Janitor Supply, Inc 34 East Court Melbourne, FL 32904 | Southern Janitor Supply, Inc 34 East Court Melbourne, FL 32904 | janitorial supplies | | 2,130.60 |
| Waste Management Inc. 3411 N. 40th Street Tampa, FL 33605 | Waste Management Inc. 3411 N. 40th Street Tampa, FL 33605 | waste haulage | | 1,750.00 |
| World Cinema 9801 Westheimer Suite 409 Houston, TX 77042 | World Cinema 9801 Westheimer Suite 409 Houston, TX 77042 | services rendered | | 4,405.68 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 24, 2010                Signature  /s/ Krishan Chhabra
                                              Krishan Chhabra
                                              President/Director

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.