UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 10-7864-6J7

In the Matter of:

H.R.S. HOTELS CORPORATION

    Debtor.

_____/

## NOTICE OF APPEARANCE AS COUNSEL
## AND REQUEST TO BE ADDED TO COURT'S MATRIX

COMES NOW RAYMOND J. ROTELLA, and files this his Notice of Appearance in the above matter as counsel on behalf of Community Bank of the South, and requests copies of all further pleadings filed in the above matter be served upon the undersigned.

The undersigned further requests that his name be added to the Court's mailing matrix to receive all further pleadings.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by United States Mail or via electronic transmission to Prabodh C. Patel, Esquire, 118 West Orange St., Altamonte Springs, Fl 32714; U.S. Trustee, 135 W. Central Blvd., #620, Orlando, Fl 32801; and H.R.S. Hotels Corporation, 4150 Kings St., Cocoa, Florida 32926 this 7th day of June, 2010.

RAYMOND J. ROTELLA, OF
KOSTO & ROTELLA, P.A.
POST OFFICE BOX 113
ORLANDO, FLORIDA 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
ATTORNEYS FOR Community Bank of the South