UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
H.R.S. HOTELS CORPORATION,
d/b/a MOTEL 6,

Case No: 6:10-bk-07864-KSJ
Chapter 11

Debtor.
_____/

## AMENDMENT TO SCHEDULES
### A and D

COMES NOW, the Debtor, H.R.S. HOTELS CORPORATION d/b/a MOTEL 6, and amends Schedules A and D of the Debtor's Bankruptcy Schedules pursuant to the Bankruptcy Rules of Procedure as follows:

I. With regard to **Schedule A - Real Property** - please amend the following:

**CORRECT**: **Description**: Motel and Real Property
located at **4150 West King Street, Cocoa, FL 32926**
Debtor's Interest: fee simple
Current Market Value: $2,300,000.00
Amounts of Secured Claim: $1,531,496.29

II. With regard to **Schedule D - Secured Claims** - please amend to correct the account number for the 1st mortgage holder on the real property; to include the following creditor as 2nd mortgage holder on said property, and to correct the description of the collateral for a creditor (3rd mortgage holder on said property) (addresses of creditors do not change):

A. COMMUNITY BANK OF THE SOUTH
27 North Sykes Creek Parkway
Merritt Island, FL 32953
Account Number: 51135938
Amount of Claim:   $896,260.92
Nature of Lien:    1st Mortgage on Real Property
Description:       4150 West King Street, Cocoa, FL 32926

B. COMMUNITY BANK OF THE SOUTH
27 North Sykes Creek Parkway
Merritt Island, FL 32953
Account Number: 51135219
Amount of Claim:    $80,235.37
Nature of Lien:     2nd Mortgage on Real Property
Description:        4150 West King Street, Cocoa, FL 32926

C. U.S. SMALL BUSINESS ADMINISTRATION
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202
Account Number: DLB 91385740-06
Amount of Claim:    $554,900.00
Nature of Lien:     3rd Mortgage on Real Property
Description:        4150 West King Street, Cocoa, FL 32926
                    (Disaster Relief Loan)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Amendment to Schedules A & D has been furnished by First Class Mail to the following parties on this _15_ day of June, 2010.

• All other parties using a current mailing matrix.

                                              **STRAUS & PATEL, P.A.**
                                              118 West Orange Street
                                              Altamonte Springs, Florida 32714
                                              Telephone: (407) 331-5505
                                              Facsimile: (407) 331-6308

By: _____
                                              Prabodh C. Patel, Esquire
                                              Florida Bar Number: 559296
                                              **Attorney for Debtor**

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing amendments and they are true and correct to the best of my knowledge, information and belief.

                                              H.R.S. HOTELS CORPORATION

Date _6/15/2010_                   By: _____
                                              **KRISHAN CHHABRA, President**

-3-

*Penalty for making a false statement or concealing property:* Fine up to $500,000 or imprisonment for up to 5 years or both.  §18 U.S.C. §§152 and 3571

Label Matrix for local noticing
113A-6
Case 6:10-bk-07864-KSJ
Middle District of Florida
Orlando
Tue Jun 15 12:34:13 EDT 2010

Community Bank of the South
c/o David L. Wildman, P.A.
Post Office Box 1029
Melbourne, FL 32902-1029

H.R.S. Hotels Corporation
4150 Kings Street
Cocoa, FL 32926-4166

United States Bankruptcy Court
135 West Central Boulevard Suite 950
Orlando, FL 32801-2443

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

Accor Franchising
North America
4001 International Parkway
Carrollton, TX 75007-1914

Brevard County Tax Collector
400 South Street
Titusville, FL 32780-7698

Brevard County Tax Collector
Attn: Rod Northcutt, C F C
Post Office Box 2500
Titusville FL 32781-2500

City of Cocoa
65 Stone Street
Cocoa, FL 32922

Community Bank of the South
277 North Sykes Creek Parkwa
Merritt Island, FL 32953-3428

Community Bank of the South
c/o Raymond J. Rotella, Esq.
P O Box 113
Orlando, Fl 32802-0113

Department of Revenue
Clearlake Road
Cocoa, FL 32926

Florida City Gas
P.O. Box 11812
Newark, NJ 07101-8112

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Power and Light FPL
General Mail Facility
Miami, FL 33188-0001

Florida Supply and Cleaning
1710 Industrial Street
Edgewater, FL 32132-3561

H.D. Supply
P.O. Box 509058
San Diego, CA 92150-9058

Harris, Miller & Bernhardt
976 Brevard Avenue
Suite A
Rockledge, FL 32955-2155

Internal Revenue Service
8249 Devereux Drive
Melbourne, FL 32940-7955

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

KABA Lodging System
KABA ILCO Inc.
P.O. Box 12553
Montreal, Quebec
Canada  H3C 6R1

Michael C. Boehm
1952 Dairy Road
Melbourne, FL 32904-4045

Multichannel Export Inc.
2240 South Atlantic Avenue
Daytona Beach, FL 32118-5343

Nuvox
Two North Main Street
Greenville SC 29601-2719

Premium Payment Plan
One Hudson City Centre
Corner of State &
Green Street
Hudson, NY 12534-2340

Price Rite Pool Service
P.O. Box 237311
Cocoa, FL 32923-7311

Securities Exchange Commission
175 West Jackson Street
Suite 900
Chicago IL 60604-2908

Southern Janitor Supply, Inc
34 East Court
Melbourne, FL 32904-4098

Troy R. Lotane, Esquire
Vance, Lotane & Bookhardt
1980 Michigan Avenue
Cocoa, FL 32922-5729

U.S. Small Business
Administration
2120 Riverfront Drive
Suite 100
Little Rock, AR 72202-1794

| | | |
|---|---|---|
| United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Waste Management Inc.<br>3411 N. 40th Street<br>Tampa, FL 33605-1698 | World Cinema<br>9801 Westheimer<br>Suite 409<br>Houston, TX 77042-3953 |

Prabodh C Patel
Straus & Patel, P.A.
118 West Orange Street
Altamonte Springs, FL 32714-2537

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Community Bank of the South<br>c/o David L. Wildman, P.A.<br>Post Office Box 1029<br>Melbourne, FL 32902-1029 | (d)Nuvox<br>Two North Main Street<br>Greenville, SC 29601-2719 | (u)Prabodh C Patel |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36