UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No. 6:10-bk-07864-KSJ
        Chapter 11
H.R.S. HOTELS CORPORATION,

          Debtor.
_____/

## BREVARD COUNTY TAX COLLECTOR'S OBJECTION TO DISCLOSURE STATEMENT AND CONFIRMATION

COMES NOW, Lisa Cullen, Brevard County Tax Collector ("Tax Collector"), by and through the undersigned counsel objects to the Disclosure Statement and confirmation of the Debtor's Plan of Reorganization based upon the following:

### Tax Facts

The debtor has failed to pay tangible personal property taxes for years 2009 and 2010. The amount currently due is $647.78 if paid by November 30, 2010. Interest accrues at the rate of 18% pursuant to Florida law.

The Debtor owes approximately $36,925.23 for unpaid tourist taxes. This is an estimated balance as the Debtor has not filed returns. Tourist taxes are trust funds collected at the time of a room rental. Upon information and belief the Tourist taxes collected by the Debtor were used for other purposes. Interest accrues on the outstanding balance at the rate of 7% per annum currently.

### Objection to Confirmation

Tax Collector requests the Court to take judicial knowledge of the existing economy, the financial statement filed by the Debtor and the apparent fact that the Debtor used Trust Fund tax payments to fund daily operations. A Plan as proposed by the Debtor is not feasible and the treatment of the Brevard County Tax Collector Trust Fund obligation over a 5-year period is not fair and equitable. Lastly, the


interest to be paid on the obligations due the Brevard County Tax Collector is forbidden by law. Thus, the Plan fails to comply with 11 U.S.C. Section 1129(a)(3), (7) and (11).

WHEREFORE, COMES NOW the Brevard County Tax Collector requests the Court deny confirmation and Order Dismissal or conversion of this case.

Respectfully submitted:

By: _____
Brian T. Hanlon, Esq.
Florida Bar Number 0962562
GENERAL COUNSEL
BREVARD COUNTY TAX COLLECTOR
P.O. Box 2500
Titusville, Florida 32781-2500
Phone: (321) 225-3046
Fax: (321) 264-5247

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on November 8, 2010, by first class U.S. Mail and/or electronically via CM/ECF to: H.R.S. Hotels Corporation, 4150 Kings Street, Cocoa, Florida 32926, Prabodh C. Patel, Straus & Patel, P.A., 118 West Orange Street, Altamonte Springs, Florida 32714 (Debtor's Counsel), Raymond Rotella, Kosto & Rotella, P.A., P.O. Box 113, Orlando, Florida 32802 (Attorneys for Community Bank of the South), and United States Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801.

_____
Brian T. Hanlon