**H.R.S. HOTELS CORPORATION, Debtor**
Case Number 6:10-bk-07864-KSJ



**F I L E D**
NOV 0 8 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a class __7__ creditor of the above-named debtor in the unpaid principal amount of $ __4951.25__ ,

(Check one box)   (✓) **ACCEPTS**           ( ) **REJECTS**

the Plan of Reorganization of the debtor.

Dated: __11-2-10__

Name of Creditor: __Premium Payment Plan__

Creditor's Signature: __Sue A O'Neil__

By: _____
(if appropriate)

As: _____
(agent of creditor)

Address: __PO Box 668, Hudson NY 12534-0668__

All ballots must be received on or before: **NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**
*********************************************************************
Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
********************************For Ballot Tabulation Only************************

Ballot No: _____ Creditor Class:_____
Claim No: _____ Claim $ _____
Claim Amount per Schedule $_____



**FILED**

**NOV 08 2010**

**CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION**

H.R.S. HOTELS CORPORATION, Debtor
Case Number 6:10-bk-07864-KSJ

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a class __10__ creditor of the above-named debtor in the unpaid principal amount of $ __50,810.00__ ,

(Check one box)  (X) ACCEPTS    ( ) REJECTS

the Plan of Reorganization of the debtor.

Dated: __11-5-10__

Name of Creditor: __Accor Franchising North America, LLC__

Creditor's Signature: __Michael McMulh__ (illegible signature)

By: _____
    (if appropriate)

As: _____
    (agent of creditor)

Address: __4001 International Pkwy., Carrollton, TX 75007__

All ballots must be received on or before: <u>**NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**</u>
*********************************************************************

Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
*****************************For Ballot Tabulation Only*********************

Ballot No: _____ Creditor Class: _____
Claim No: _____ Claim $ _____
Claim Amount per Schedule $ _____

**H.R.S. HOTELS CORPORATION, Debtor**
Case Number 6:10-bk-07864-KSJ

FILED
NOV 03 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a class __10__ creditor of the above-named debtor in the unpaid principal amount of $ __1919.75__,

(Check one box)   (✓) ACCEPTS         ( ) REJECTS

the Plan of Reorganization of the debtor.

Dated: __10/22/2010__

Name of Creditor: __Pere-Ak Pool & Spa Service, Inc.__

Creditor's Signature: __Bonnie Hughes, V.P.__

By: _____
(if appropriate)

As: _____
(agent of creditor)

Address: __3382 Tarragon St. Cocoa FL 32926__

All ballots must be received on or before: <u>**NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**</u>
*******************************************************************

Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
*************************For Ballot Tabulation Only*************************

Ballot No: _____ Creditor Class: _____
Claim No: _____ Claim $ _____
Claim Amount per Schedule $ _____

FILED

NOV 01 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**H.R.S. HOTELS CORPORATION, Debtor**
Case Number 6:10-bk-07864-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

To have your vote count, you must complete and return this ballot.

The undersigned, a class __unsecured__ creditor of the above-named debtor in the unpaid principal amount of $ __4236.20__ ,

(Check one box)     ( ) ACCEPTS     (✓) REJECTS

the Plan of Reorganization of the debtor.

Dated: __10-28-10__

Name of Creditor: __Multi Channel Exports, Inc__

Creditor's Signature: __[signature]__

By: __Om Prakash__
(if appropriate)
As: __President & CEO__
(agent of creditor)
Address: __2240 S. Atlantic Ave Daytona Beach, FL 32118__

All ballots must be received on or before: **NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*For Ballot Tabulation Only\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No: _____  Creditor Class: _____
Claim No: _____  Claim $ _____
Claim Amount per Schedule $ _____

**FILED**
**OCT 27 2010**
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

<u>H.R.S. HOTELS CORPORATION</u>, Debtor
Case Number 6:10-bk-07864-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a class __10__ creditor of the above-named debtor in the unpaid principal amount of $__4080.00__,

(Check one box)   (✓) ACCEPTS        ( ) REJECTS

the Plan of Reorganization of the debtor.

Dated: __10-26-10__

Name of Creditor: __Harris, Miller + Bernhardt P.A.__

Creditor's Signature: __Bill Bernhardt__

By: __Bill Bernhardt Sr.__
    (if appropriate)

As: __Partner__
    (agent of creditor)

Address: __976 Brevard Ave Suite A.__
         __Rockledge Fl. 32955__

All ballots must be received on or before: **NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**
*******************************************************************************

Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
*************************For Ballot Tabulation Only*********************

Ballot No: _____   Creditor Class:_____
Claim No: _____   Claim $ _____
Claim Amount per Schedule $_____

**H.R.S. HOTELS CORPORATION, Debtor**
Case Number 6:10-bk-07864-KSJ


FILED
OCT 22 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

To have your vote count, you must complete and return this ballot.

The undersigned, a class __10__ creditor of the above-named debtor in the unpaid principal amount of $ __3092.34__ ,

(Check one box)  ☒ ACCEPTS      ( ) REJECTS

the Plan of Reorganization of the debtor.

Dated: __10/19/10__
Name of Creditor: __City of Cocoa__
Creditor's Signature: __Jna Howell Utility Accounting Manager__
By: _____
     (if appropriate)
As: _____
     (agent of creditor)
Address: __65 Stone St.__
         __Cocoa, FL 32922__

All ballots must be received on or before: **NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**
*********************************************************************

Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
*************************************For Ballot Tabulation Only*********************

Ballot No: _____  Creditor Class:_____
Claim No: _____  Claim $ _____
Claim Amount per Schedule $_____

**H.R.S. HOTELS CORPORATION**, Debtor
Case Number 6:10-bk-07864-KSJ


FILED
OCT 22 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a class ___10___ creditor of the above-named debtor in the unpaid principal amount of $ __3042.34__ ,

(Check one box)    (X) ACCEPTS           ( ) REJECTS

the Plan of Reorganization of the debtor.

Dated: __10/19/10__

Name of Creditor: __City of Cocoa__

Creditor's Signature: __Jora Howell Utility Accounting Manager__

By: _____
(if appropriate)

As: _____
(agent of creditor)

Address: __65 Stone St.__
__Cocoa, FL 32922__

All ballots must be received on or before: **NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*For Ballot Tabulation Only\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No: _____ Creditor Class:_____
Claim No: _____ Claim $ _____
Claim Amount per Schedule $_____

H.R.S. HOTELS CORPORATION, Debtor
Case Number 6:10-bk-07864-KSJ

FILED
OCT 22 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

To have your vote count, you must complete and return this ballot.

The undersigned, a class __10__ creditor of the above-named debtor in the unpaid principal amount of $ __7,500.00__ ,

(Check one box)    (x) ACCEPTS      ( ) REJECTS

the Plan of Reorganization of the debtor.

Dated: __October 20, 2010__
Name of Creditor: __Michael Boehm__
Creditor's Signature: _/s/ Michael Boehm_
By: _____
     (if appropriate)
As: _____
     (agent of creditor)
Address: _____

All ballots must be received on or before: **NOVEMBER 8, 2010 at 4:00 p.m (Eastern Time)**
*************************************************************************
Mail to:
Clerk of U.S. Bankruptcy Court
Orlando Division
135 West Central Boulevard
Suite 950
Orlando, Florida 32801
*****************************For Ballot Tabulation Only*********************

Ballot No: _____ Creditor Class:_____
Claim No: _____ Claim $ _____
Claim Amount per Schedule $_____