UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 10-7864-6J1

In the Matter of:

HRS HOTELS CORPORATION

    Debtor.
_____/

## APPLICATION FOR COMPENSATION BY KOSTO & ROTELLA, P.A., ATTORNEYS FOR THE SECURED CLAIMANT, COMMUNITY BANK OF THE SOUTH

| | |
|---|---:|
| **FEES SOUGHT BY KOSTO & ROTELLA, P.A.** | |
|     **18.8 HOURS @ $375 PER HOUR** | **7,050.00** |
|     **2.8 HOURS @ $250 PER HOUR** | **700.00** |
| **ADDITIONAL TIME TO COMPLETE THE CHAPTER 11** | |
|     **THROUGH CONFIRMATION – 10 HOURS @ $375 PER HOUR** | |
|     **(ESTIMATED)** | **3,750.00** |
| **TOTAL REQUESTED** | **$11,500.00** |

COMES NOW RAYMOND J. ROTELLA, of KOSTO & ROTELLA, P.A., and files this their Application for compensation pursuant to 11 U.S.C. 506(b), as attorneys for the secured creditor known as Community Bank of the South ("Community Bank"), in the above Chapter 11 proceedings, and request this Honorable Court to enter an Order authorizing the Debtor to pay the applicants the attorney fees incurred in the representation of the secured creditor concerning their secured debt upon various parcels of real property, all of which have equity in them. As grounds therefore, the applicants will show as follows:

1.     **Narrative Summary.** Applicant Kosto & Rotella, P.A.'s labors concerned the representation of the secured creditor during this Chapter 11 concerning their two mortgages on Debtor's hotel and real property in the filing of their secured claims, reviewing Debtor's use of cash collateral, plan treatment, all of which were in default and being foreclosed prior to the Chapter 11 when Debtor filed this bankruptcy proceeding.

1

2. **The skill requisite to perform the services properly.** The individual attorney, Raymond J. Rotella, has been licensed to practice law in the State of Florida and New Jersey since 1973. The practice of bankruptcy began in early 1974. Since that time, the applicant has been involved in hundreds of cases. The representation of Community Bank required applicant to be familiar with bankruptcy law. The skills required included the need to analyze and review the various loan documents.

3. **Customary Fee.** It is not uncommon in the Middle District of Florida for fees to be in excess of the $375 per hour for Raymond J. Rotella, and $250 per hour for Lawrence Kosto, for bankruptcy representation applicant is charging Community Bank.

4. **Fee Arrangement – Hourly.** The fee arrangement negotiated with the client by Kosto & Rotella, P.A., was $375 per hour.

5. **Time limitations imposed by client or other circumstances.** The client had no special needs. All work was performed in the normal course of business.

6. **The amount involved and results obtained.** This case involved $1,033,829.02 of debt due to Community Bank. The bank's needs to protect its lien and allow Debtor use of cash collateral while preserving bank liens was the key to representation.

7. **Expertise, Reputation and Ability of the Professional.** In the law firm of Kosto & Rotella, P.A., other than applicant and Lawrence Kosto, there was no utilization of other attorneys in the office.

8. **The nature and length of professional relationship with the client.** This is the first time that applicant, Kosto & Rotella, P.A. has represented this client. It is not likely applicant will have further need to represent the client.

9. **The undesirability of the case.** The case needed immediate action to gather exhibits, and get familiar with the Chapter 11 Debtor as well as to engage in negotiations with Debtor on cash collateral use and payment to the bank. Other than this, the case has not had any undesirable elements.

10. **Award in similar cases.** Applicant is familiar with other cases where the Court has allowed attorney fees to secured creditors pursuant to 11 U.S.C. 506(b).

11. Utilizing the hourly rate charged to Community Bank multiplied by the hours billed to date, plus the anticipated fees in the future, the entire fees sought are $11,500.

12. There is no dispute the real properties and Debtor's accounts payable all have equity in them and therefore, Community Bank is entitled to an award of attorney fees.

WHEREFORE, Applicant prays they be awarded the total sum of $11,500 for attorney fees, for their representation of the secured creditor, Community Bank.

I HEREBY CERTIFY that a true copy of the foregoing with attachments was furnished by United States Mail and/or electronic transmission to US Trustee, 135 W. Central Blvd., #620, Orlando, Florida 32801; and Prabodh Patel, Esquire, 118 W. Orange St., Altamonte Springs, Florida 32714 this 10th day of November, 2010.

RAYMOND J. ROTELLA, OF
KOSTO & ROTELLA, P.A.
P O BOX 113
ORLANDO, FL 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
ATTORNEYS FOR COMMUNITY BANK OF THE SOUTH

| Date | Description | Hours |
|---|---|---|
| 6/6/10 | READ THE EMAIL FROM CO-COUNSEL ON EMERGENCY MOTION, UCC FILING | .5 |
| 6/16/10 | LMK PREPARE FOR THE HEARING ON THE MOTION FOR USE OF CASH COLLATERAL, ATTEND HEARING ON THE MOTION FOR USE OF CASH COLLATERAL, AND MEET WITH OPPOSING COUNSEL | 2.5 |
| 6/17/10 | LMK LETTER TO CLIENT, ENCLOSING OFFICIAL CHECKS AND ADVISING CLIENT OF OUTCOME OF HEARING ON MOTION FOR USE OF CASH COLLATERAL | .3 |
| 6/21/10 | READ PROPOSED ORDER ON CASH COLLATERAL, SEND EMAIL TO DEBTOR'S COUNSEL, EMAIL PROPOSED CHANGES, DISCUSS SAME WITH CLIENT | 1.0 |
| 6/22/10 | READ EMAIL OF DEBTOR'S ATTY, PICKING UP OUR CHANGES, FORWARD TO CLIENT, AND CO-COUNSEL DAVID WILDMAN, T/C WITH DAVID WILDMAN ABOUT ORDER | .3 |
| 6/30/10 | READ SIGNED ORDER, SEND LETTER TO CLIENT AFTER REVIEWING IT WITH MY COMMENTS | .5 |
| 7/12/10 | READ DAVID WILDMAN'S LETTER TO INSPECT MOTEL AND LOOK AT BOOKS, AND A COPY OF FILED PROOF OF CLAIM | .2 |
| 7/21/10 | ATTEND THE HEARING ON STATUS, REPORT TO CLIENT OUTCOME | 1.5 |
| 7/25/10 | READ LETTER OF PATEL SENDING CHECK, ORDER APPOINTING CPA, EMAIL DAVID WILDMAN AND REPLY | .3 |
| 7/26/10 | T/C WITH BILL TAYLOR ABOUT HIS FRUSTRATION SEEING DURING INSPECTION, SHODDY BOOKKEEPING, PAYING LABOR WITH CASH, APPARENT MISUSE OF FUNDS, WRITE A LETTER TO DEBTOR'S COUNSEL WITH CLIENT'S ANGER POINTS | .7 |
| 7/26/10 | T/C WITH DEBTOR'S COUNSEL ON MY LETTER AND HIS CLIENT'S OFFER TO GET THE BANK WHAT THEY WANT FOR INFORMATION, EMAIL CLIENT | .5 |
| 7/28/10 | T/C WITH DEBTOR'S COUNSEL, EMAIL CLIENT AND DAVID WILDMAN ABOUT DOCUMENTS AND ITEMS WE | |

|         |                                                                                                                                                                                              |      |
|---------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|         | WANT TO SEE                                                                                                                                                                                  | .3   |
| 8/2/10  | READ PATEL'S LETTER OF 7/30/10, FORWARD TO CLIENT                                                                                                                                            | .3   |
| 8/14/10 | READ CLIENT'S NOTICE OF CANCELLATION OF INSURANCE, WRITE DEBTOR'S ATTY TO GET INSURANCE OR WE NEED TO CANCEL USE OF CASH COLLATERAL AND SEEK TO DISMISS CASE                                 | .3   |
| 8/21/10 | DRAFT MOTION TO TERMINATE USE OF CASH COLLATERAL AND TO DISMISS AFTER REVIEWING CLIENT LETTERS, FILE, WRITE TO DAVID WILDMAN AND CLIENT                                                      | 1.0  |
| 8/30/10 | T/C WITH ATTY FOR DEBTOR CONTINUING HEARING, EMAIL CLIENT ON THE CONTINUANCE, LOOK AT THE MONTHLY REPORTS FILED                                                                              | 1.0  |
| 9/7/10  | READ RESPONSE OF DEBTOR TO MY MOTION TO TERMINATE USE OF CASH COLLATERAL, READ MONTHLY REPORTS, T/C WITH CLIENT                                                                              | 1.0  |
| 9/8/10  | REVIEW FILE AND PREPARE FOR CASH COLLATERAL, T/C WITH ATTY FOR DEBTOR, WANTS TO GO 18%, ATTEND THE HEARING ON STATUS AND CASH COLLATERAL                                                     | 1.8  |
| 9/11/10 | READ PROPOSED ORDER TO USE CASH COLLATERAL, THIRD INTERIM, SEND TO ATTY MY OFFER                                                                                                             | .3   |
| 9/15/10 | T/C WITH BILL TAYLOR ON DEBTOR'S OFFER FOR 8% AND COOPERATION WITH PLAN, DRAFT PROPOSED LETTER TO ATTY FOR DEBTOR WITH PROPOSAL                                                               | .7   |
| 9/18/10 | READ LETTER OF PATEL WITH FOUR QUESTIONS ON MTG BALANCES, ETC. LETTER FROM BILL WITH CONCERNS WITH REAL PROPERTY TAXES, WRITE SUPPLEMENTAL LETTER TO PATEL                                   | .5   |
| 9/24/10 | READ CLIENT'S EMAIL ON QUESTIONS ABOUT THE JUNE REPORT                                                                                                                                       | .2   |
| 10/9/10 | READ PLAN, DISCLOSURE STATEMENT, WRITE TO CLIENT                                                                                                                                             | .6   |
| 10/11/10| T/C WITH BILL TAYLOR ON HIS READING OF THE LOAN                                                                                                                                              |      |

|            |                                                                                                                                                                 |      |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            | DOCUMENTS                                                                                                                                                       | .3   |
| 10/12/10   | READ AND REVIEW NOTES OF PRIOR HEARINGS, PRIOR LETTERS OF CLIENT, ATTEND HEARING TO CONTINUE CASH COLLATERAL USE                                                | 2.0  |
| 10/14/10   | T/C WITH BILL TAYLOR ON APPRAISAL, STRATEGY TO TALK TO PATEL ON PLAN, BANK'S CONCERNS WITH DEBTOR BASED ON PAST HISTORY AND FILINGS SINCE CHAPTER 11 STARTED    | .5   |
| 10/25/10   | DRAFT OBJECTION TO CONFIRMATION OF PLAN, RETURN BALLOT REJECTING PLAN                                                                                           | 1.5  |
| 11/1/10    | READ LETTER OF PATEL WITH OFFER, FORWARD TO CLIENT                                                                                                              | .3   |
| 11/2/10    | T/C WITH CLIENT ON 11/1/10 LETTER OF DEBTOR'S COUNSEL, WRITE REPLY DRAFT FOR BILL TAYLOR TO APPROVE                                                             | .7   |
|            | Total                                                                                                                                                           | 21.6 |