# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:
**H.R.S. HOTELS CORPORATION,**
**d/b/a MOTEL 6,**

**CASE NO: 6:10-bk-07864-KSJ**

**Chapter 11**

Debtor.

_____/

## AMENDED
## MOTION TO REINSTATE COMMUNITY BANK OF THE SOUTH'S FIRST AND SECOND MORTGAGES PURSUANT TO THE PROVISIONS OF SECTION 1124(2) OF THE BANKRUPTCY CODE AND TO DETERMINE SAID CLASS IS UNIMPAIRED

COMES NOW the Debtor, H.R.S. HOTELS CORPORATION (hereinafter referred to as "Debtor" or "HRS"), by and through its undersigned attorney, and files this Motion (the "Motion") for entry of an order to reinstate the First and Second Mortgages of Community Bank of the South (hereinafter referred to as the "Bank"), pursuant to the provisions of Sections 1124(2) and 1126(f) of the Bankruptcy Code. In support of its Motion the Debtor states as follows:

## THE ISSUE

1.  The Debtor believes that, through payment, it has cured defaults in the mortgages maintained with the Bank and that therefore the accumulation of additional sums through the imposition of past and continuing unpaid late fees, and the imposition of past and continuing default interest rate is inappropriate. Upon information and belief, the Bank believes the imposition of past and continuing late fees and default rates of interest are appropriate, both pre- and post-petition.

## DEBTOR'S BUSINESS AND EVENTS LEADING UP TO CHAPTER 11 CASE

2.      Debtor owns and operates a motel under the Franchise name of Motel 6, comprising of eighty-four (84) rooms. The Debtor has been operating its motel business since January of 1987 (the "Motel" and "Motel Business").

3.      On or about July 16, 2004, the Debtor, in the ordinary course of business, negotiated a loan agreement with the Bank. Pursuant to the terms of the loan agreement, the Debtor executed a promissory note obligating the Debtor to pay to the Bank, over a period of twenty years, the principal sum of $1,000,000.00, payable with interest at the rate of 7.5% by monthly installments of $8,055.93. [Although the interest rate on the loan to be charged on the unpaid principal after July 16, 2009 was to be prime plus 1.75%, subject to the 7.5% minimum, the prime rate has never increased to the point of requiring an altered interest rate.] The Bank secured its loan (Loan No: CL-51135219) with a mortgage (the "First Mortgage") and Security Agreement (the "First Security Agreement"), on the Debtor's motel property and its assets, and in the event of default, an assignment of rental income on the motel pursuant to the terms of the First Security Agreement. The attached Exhibit A reflects the amortization schedule of payments that should have been made had there been no default by the Debtor.

4.      In or about October 2005, the Debtor, in its ordinary course of business, negotiated a second loan agreement with the Bank. This second loan agreement was a line of credit allowing the Debtor to draw up to $360,000. Pursuant to the terms of the loan agreement, the Debtor executed a promissory note obligating the

Debtor to pay to the Bank a principal amount up to $360,000.00, payable with interest at the rate of 8.25% by monthly installments of $3,076.20. [Although the interest rate on the loan to be charged on the unpaid principal after July 16, 2009 was to be prime plus 1.75%, subject to the 8.25% minimum, the prime rate has never increased to the point of requiring an altered interest rate.] The Bank secured its second loan (CL-51135938) with a "Second Mortgage" and a "Second Security Agreement" on the Debtor's motel property and assets, and in the event of default, an assignment of motel rental income. The attached Exhibit B reflects the amortization schedule of payments that should have been made had there been no default by the Debtor, including draw-downs by the Debtor.

5. On or about January 18, 2008, the Bank began charging the default rate of interest (18 percent per annum) on both loans alleging a default through the Debtor's failure to provide financial statements in accordance with the terms of the loans.

6. In order to reduce the interest rate back to the interest rate stated in both loan documents, the Bank required the Debtor to pay the sum of two hundred thousand dollars ($200,000).

7. The Debtor paid the Bank the sum of two hundred thousand dollars ($200,000) on 2/27/2008 and, on 2/28/2008, the Bank credited said payment toward the second, smaller loan.

8. Due to the combined effect of the downturn in the U.S. economy and the afore-referenced pre-payment, the Debtor began to experience difficulty in making the monthly mortgage payments to the Bank on the afore-mentioned loans and

mortgages. As a result, the Debtor began defaulting in payment of monthly mortgage installments to the Bank in September 2008, making said payments sporadically and untimely.

9. Through December 2009, the Bank continued to accept payments from the Debtor.

10. After December 2009, the Debtor attempted to make mortgage payments but the Bank refused to accept same, instead accelerating the mortgages; the Debtor therefore retained the capital intended to be used to make the refused mortgage payments.

11. Per the Bank's records, on or about January 18, 2010, the Bank began charging the default rate of interest on both loans.

12. In or about February 2010, the Bank instituted a foreclosure action in the Circuit Court of Brevard County, Florida (Case No: 05-2010-CA-012307) against the Debtor's motel property and also the shareholders of the Debtor (i.e., Krishan Chhabra and his wife, Anjali Chhabra) in their capacity as guarantors for payments on the first and second mortgages.

13. In or about April 2010, the Bank filed a motion for final summary judgment of foreclosure.

**THE CHAPTER 11 CASE**

14. On May 7, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

15. The effect of the Debtor's Chapter 11 petition has been to stay the foreclosure proceedings pursuant to § 360(a) of the Code and pursuant to § 1478 of the Code.

16. On October 8, 2010, the Debtor filed its Disclosure Statement (Doc. No. 64) and the Plan of Reorganization (Doc. No. 65). This court has now set February 15, 2010 as the date for final approval of the Debtor's Disclosure Statement and Debtor's Plan of Reorganization.

17. The Bank has filed an objection to the Debtor's proposal for payment to the Bank in its reorganization plan.

18. The Bank has not affirmatively voted on the Debtor's plan of reorganization.

19. The Debtor's proposed plan impairs the Bank's claim because it does not restore the Bank's judicially recognized right to proceed with foreclosure on the Debtor's motel property.

20. The Debtor, in its Disclosure Statement (Doc. No. 64) and Plan of Reorganization (Doc. No. 65) did not state its intention to reinstate the Bank's first and second mortgages because it did not receive an estoppel letter or other calculation from the Bank showing the exact amount of accrued interest allegedly owed on the first and second mortgages as the Bank continued to charge the Debtor a default rate of interest of 18% on both of the mortgages, both pre- and post- petition. After receiving the requisite information from the Bank, and after the Debtor had made large sums in post-petition payments toward the two mortgages (including payment of the refused funds), the Debtor realized that it could pay the accrued unpaid balance to bring both mortgages current. As of the date of certificate of service on this motion, the Debtor has done so.

## FINANCIAL ANALYSIS

21. Exhibit C attached hereto reflects the Debtor's position as to the current status of the first loan.

22. Exhibit D attached hereto reflects the Debtor's position as to the current status of the second loan/line of credit.

23. Comparing the attached exhibits, it is apparent that the Bank has now received more in payments from the Debtor than it would have received had the Debtor been paid in accordance with the loan documents (i.e., Exhibits A and B).

24. Specifically, as to the first loan, the Debtor has actually paid, and the Bank has received, a total sum of $628,483.13 (See Exhibit C), although the Bank would have only received a total sum of $628,362.54 (See Exhibit A) had the Debtor made payments in accordance with the terms of the original loan documents for the first loan.

25. Specifically, as to the second obligation, the Debtor has actually paid, and the Bank has received, a total sum of $392,276.49 (See Exhibit D) although the Bank would have only received a total sum of only $206,300.60 (See Exhibit B) had the Debtor made payments in accordance with the terms of the original loan documents for the second obligation.

26. Taking the obligations in the aggregate, the Debtor has actually paid, and the Bank has received, the sum of $1,020,759.62, said sum being $186,096.48 more than the Bank would have received under the terms of the original loan documents (i.e., $834,663.14)

27. The Debtor concedes that the foregoing analysis excludes attribution of late fees and default interest rates to the Debtor but asserts that same are not appropriate charged, as follows.

## MEMORANDUM OF LAW

28. In Chapter 11 proceedings, acceleration rights of the Bank are subject to being undone by the cure provisions of §1123(a)(5)(G) and §1124. Section 1124 of the Code expressly recognizes that a debtor, pursuant to a Chapter 11 Plan, may reverse the acceleration of an obligation caused by its default. Specifically, said Section provides that:

> Except as provided in section 1123(a)(4) of this title, a class of claims or interests is impaired under a plan unless, with respect to each claim or interest of such class, the plan—
>
> (1)   leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim or interest; or
>
> (2)   notwithstanding any contractual provision or applicable law that entitles the holder of such claim or interest to demand or receive accelerated payment of such claim or interest after the occurrence of a default—
>
> > (A)   cures any such default, other than a default of a kind specified in section 365(b)(2) of this title, that occurred before or after the commencement of the case under this title;
> >
> > (B)   reinstates the maturity of such claim or interest as such maturity existed before such default;
> >
> > (C)   compensates the holder of such claim or interest for any damages incurred as a result of any reasonable reliance by such holder on such contractual provision or such applicable law;
> >
> > (D)   if such claim or such interest arises from the failure to perform a nonmonetary obligation, other than a default arising from failure to operate a

nonresidential real property lease subject to section 365(b)(1)(A), compensates the holder of such claim or such interest (other than the debtor or an insider) for any actual pecuniary loss incurred by such holder as a result of such failure; and

(E)    does not otherwise alter the legal, equitable, or contractual rights to which such claim or interest entitles the holder of such claim or interest;

29.    As stated in **In the Matter of LHD Realty Corporation**, 726 F.2d 327, 332 (7th Circuit 1984):

> [T]he Senate Report on Section 1124 explains the rationale for the power to "deaccelerate":
>> a claim or interest is unimpaired by curing the effect of a default and reinstating the original terms of an obligation when maturity was brought on or accelerated by the default. The intervention of bankruptcy and the defaults represent a temporary crisis which the plan of reorganization is intended to clear away. The holder of a claim or interest who under the plan is restored to his original position, when others receive less or get nothing at all, is fortunate indeed and has no cause to complain. Curing of the default and the assumption of the debt in accordance with its terms is an important reorganization technique for dealing with a particular class of claims, especially secured claims." S.Rep. No. 989, 95th Cong., 2d Sess. 120, reprinted in 1978 U.S.CODE CONG. & AD.NEWS 5787, 5906

30.    As determined by **In re Entz-White Lumber and Supply, Inc.,** 850 F.2d 1338, 1342 (9th Cir. 1988), because the Debtor has cured the default, post-default interest rates and late fees are not properly charged to the Debtor:

> And, by curing the default, Entz-White is entitled to avoid all consequences of the default -- including higher post-default interest rates. This result is consistent with the treatment by other courts of the Bankruptcy Code's cure provisions. While it is true that most cases in this area have involved a default resulting in acceleration, none of which we are aware have treated acceleration as the only possible consequence of default. See, e.g., Taddeo, 685 F.2d at 26 ("A default is an event in the

debtor-creditor relationship which triggers certain consequences – here, acceleration."); Clark, 738 F.2d at 872 ("Acceleration of a debt is a standard consequence of a default in payments."); see also In re Forest Hills Assocs., 40 B.R. 410, 415 (Bankr. S.D.N.Y. 1984) ("just as the debtor need not pay the post-default accelerated debts, he need not pay the post-default interest rate on the accelerated debt"). It is clear that the power to cure under the Bankruptcy Code authorizes a plan to nullify all consequences of default, including avoidance of default penalties such as higher interest.

31.    In a case factually identical to the instant case, and relying on the afore-mentioned language, it was held in that **Southeast Company Florida Partners Corporation Ire v. Southeast Company**, 868 F2d 335, 336 (9th Cir. 1989) that:

> We hold that the Bankruptcy Court did not err in denying the appellant post-default-rate interest, because the Bankruptcy Code authorizes approval of a reorganization plan that restores the relation of the contracting parties to pre-default status, including the rate of interest to be charged. See [11 U.S.C. Sec. 1124(2) (1982 & Supp. IV 1986)]. We have expressly stated that this section of the Code "authorizes a plan to nullify all consequences of default, including avoidance of default penalties such as higher interest." In re Entz-White Lumber and Supply, Inc., 850 F.2d 1338, 1342 (9th Cir. 1988).

32.    The Debtor concedes that to complete the cure, 11 U.S.C. 1124(2)( c) requires the Debtor to pay the pre-petition reasonable attorney's fees and taxable court costs actually paid by the Bank to its foreclosure attorney.

33.    The Debtor submits that once the Bank's first and second mortgages have been reinstated by this Court, both the Bank's mortgages are rendered unimpaired, and thus pursuant to Section 1126(f), <u>a class that is not impaired under a plan is deemed to have accepted the plan</u> (emphasis added). Section 1126(f) states as follows:

> "(f) Notwithstanding any other provision of this section, a class that is not

impaired under a plan, and each holder of a claim or interest of such class, are conclusively presumed to have accepted the plan, and solicitation of acceptances with respect to such class from the holders of claims or interests of such class is not required."

34. By making the aforesaid payments, the Debtor has now brought the first and second mortgages current and in good standing and the Debtor submits that the Bank's first and second mortgages, upon reinstatement under Section 1123(2) of the Code, should constitute an unimpaired claim under Section 1126(f) of the Bankruptcy Code.

35. The Bank's latest calculations, effective through December 23, 2010, include late fees and default interest rates charged to the Debtor, both pre- and post- petition, and said late fees and default interest rates continue to be charged to date. Attached hereto as Exhibit E is the Bank's latest calculations.

36. As to the second loan, the default interest rate when calculated in accordance with the mortgage terms yields a rate (i.e., 18.25%) which constitutes an "unlawful rate of interest" in excess of the amount allowable by Florida Statutes sec. 687.03. Pursuant to Florida Statute sec. 687.04, all interest charged on said loan should be forfeited.

## REQUESTED RELIEF

37. This Motion of the Debtor seeks entry of an Order:

   a.   Determining that the Debtor has cured all defaults relative herein; and

   b.   Reinstating the Bank's first and second mortgages; and

   c.   Determining the current status of the loans to be as stated in Exhibits C.

and D hereof, as the post-default interest rate and late fees are
inappropriately charged to the Debtor; and

d.  Pursuant to Section 1126(f), permitting the Bank's claim to be classified
from an impaired claim to an unimpaired claim and deeming said claim to
have accepted the plan; and

WHEREFORE the Debtor requests that the Court grant this motion and enter an order
granting the requested relief.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail
to the Office of the U.S. Trustee, 135 W. Central Boulevard, Orlando, FL 32801and to
RAYMOND ROTELLA, ESQUIRE, P.O. Box 113, Orlando, FL 32802, this 3rd day of February
2011.

PRABODH C. PATEL, ESQUIRE
Florida Bar No: 559296
**STRAUS & PATEL, P.A.**
118 West Orange Street
Altamonte Springs, Florida 32714
Telephone: (407) 331-5505
Facsimile: (407) 331-6308
**Attorney for Debtor**

CL-51135219 - Expected 7.60417%

Compound Period ......... :   Monthly

Nominal Annual Rate .... :   7.604 %

CASH FLOW DATA

|    | Event    | Date       | Amount       | Number | Period | End Date |
|----|----------|------------|--------------|--------|--------|----------|
| 1  | Loan     | 07/16/2004 | 1,000,000.00 | 1      |        |          |
| 2  | Payment  | 08/16/2004 | 8,055.93     | 1      |        |          |
| 3  | Payment  | 09/16/2004 | 8,055.93     | 1      |        |          |
| 4  | Payment  | 10/16/2004 | 8,055.93     | 1      |        |          |
| 5  | Payment  | 11/16/2004 | 8,055.93     | 1      |        |          |
| 6  | Payment  | 12/16/2004 | 8,055.93     | 1      |        |          |
| 7  | Payment  | 01/16/2005 | 8,055.93     | 1      |        |          |
| 8  | Payment  | 02/16/2005 | 8,055.93     | 1      |        |          |
| 9  | Payment  | 03/16/2005 | 8,055.93     | 1      |        |          |
| 10 | Payment  | 04/16/2005 | 8,055.93     | 1      |        |          |
| 11 | Payment  | 05/16/2005 | 8,055.93     | 1      |        |          |
| 12 | Payment  | 06/16/2005 | 8,055.93     | 1      |        |          |
| 13 | Payment  | 07/16/2005 | 8,055.93     | 1      |        |          |
| 14 | Payment  | 08/16/2005 | 8,055.93     | 1      |        |          |
| 15 | Payment  | 09/16/2005 | 8,055.93     | 1      |        |          |
| 16 | Payment  | 10/16/2005 | 8,055.93     | 1      |        |          |
| 17 | Payment  | 11/16/2005 | 8,055.93     | 1      |        |          |
| 18 | Payment  | 12/16/2005 | 8,055.93     | 1      |        |          |
| 19 | Payment  | 01/16/2006 | 8,055.93     | 1      |        |          |
| 20 | Payment  | 02/16/2006 | 8,055.93     | 1      |        |          |
| 21 | Payment  | 03/16/2006 | 8,055.93     | 1      |        |          |
| 22 | Payment  | 04/16/2006 | 8,055.93     | 1      |        |          |
| 23 | Payment  | 05/16/2006 | 8,055.93     | 1      |        |          |
| 24 | Payment  | 06/16/2006 | 8,055.93     | 1      |        |          |
| 25 | Payment  | 07/16/2006 | 8,055.93     | 1      |        |          |
| 26 | Payment  | 08/16/2006 | 8,055.93     | 1      |        |          |
| 27 | Payment  | 09/16/2006 | 8,055.93     | 1      |        |          |
| 28 | Payment  | 10/16/2006 | 8,055.93     | 1      |        |          |
| 29 | Payment  | 11/16/2006 | 8,055.93     | 1      |        |          |
| 30 | Payment  | 12/16/2006 | 8,055.93     | 1      |        |          |
| 31 | Payment  | 01/16/2007 | 8,055.93     | 1      |        |          |
| 32 | Payment  | 02/16/2007 | 8,055.93     | 1      |        |          |
| 33 | Payment  | 03/16/2007 | 8,055.93     | 1      |        |          |
| 34 | Payment  | 04/16/2007 | 8,055.93     | 1      |        |          |
| 35 | Payment  | 05/16/2007 | 8,055.93     | 1      |        |          |
| 36 | Payment  | 06/16/2007 | 8,055.93     | 1      |        |          |
| 37 | Payment  | 07/16/2007 | 8,055.93     | 1      |        |          |
| 38 | Payment  | 08/16/2007 | 8,055.93     | 1      |        |          |
| 39 | Payment  | 09/16/2007 | 8,055.93     | 1      |        |          |
| 40 | Payment  | 10/16/2007 | 8,055.93     | 1      |        |          |
| 41 | Payment  | 11/16/2007 | 8,055.93     | 1      |        |          |
| 42 | Payment  | 12/16/2007 | 8,055.93     | 1      |        |          |
| 43 | Payment  | 01/16/2008 | 8,055.93     | 1      |        |          |

CL-51135219 - Expected 7.60417%

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 44 | Payment | 02/16/2008 | 8,055.93 | 1 | | |
| 45 | Payment | 03/16/2008 | 8,055.93 | 1 | | |
| 46 | Payment | 04/16/2008 | 8,055.93 | 1 | | |
| 47 | Payment | 05/16/2008 | 8,055.93 | 1 | | |
| 48 | Payment | 06/16/2008 | 8,055.93 | 1 | | |
| 49 | Payment | 07/16/2008 | 8,055.93 | 1 | | |
| 50 | Payment | 08/16/2008 | 8,055.93 | 1 | | |
| 51 | Payment | 09/16/2008 | 8,055.93 | 1 | | |
| 52 | Payment | 10/16/2008 | 8,055.93 | 1 | | |
| 53 | Payment | 11/16/2008 | 8,055.93 | 1 | | |
| 54 | Payment | 12/16/2008 | 8,055.93 | 1 | | |
| 55 | Payment | 01/16/2009 | 8,055.93 | 1 | | |
| 56 | Payment | 02/16/2009 | 8,055.93 | 1 | | |
| 57 | Payment | 03/16/2009 | 8,055.93 | 1 | | |
| 58 | Payment | 04/16/2009 | 8,055.93 | 1 | | |
| 59 | Payment | 05/16/2009 | 8,055.93 | 1 | | |
| 60 | Payment | 06/16/2009 | 8,055.93 | 1 | | |
| 61 | Payment | 07/16/2009 | 8,055.93 | 1 | | |
| 62 | Payment | 08/16/2009 | 8,055.93 | 1 | | |
| 63 | Payment | 09/16/2009 | 8,055.93 | 1 | | |
| 64 | Loan | 10/13/2009 | 1,500.00 | 1 | | |
| 65 | Payment | 10/16/2009 | 8,055.93 | 1 | | |
| 66 | Payment | 11/16/2009 | 8,055.93 | 1 | | |
| 67 | Payment | 12/16/2009 | 8,055.93 | 1 | | |
| 68 | Payment | 01/16/2010 | 8,055.93 | 1 | | |
| 69 | Payment | 02/16/2010 | 8,055.93 | 1 | | |
| 70 | Payment | 03/16/2010 | 8,055.93 | 1 | | |
| 71 | Payment | 04/16/2010 | 8,055.93 | 1 | | |
| 72 | Payment | 05/16/2010 | 8,055.93 | 1 | | |
| 73 | Payment | 06/16/2010 | 8,055.93 | 1 | | |
| 74 | Payment | 07/16/2010 | 8,055.93 | 1 | | |
| 75 | Payment | 08/16/2010 | 8,055.93 | 1 | | |
| 76 | Payment | 09/16/2010 | 8,055.93 | 1 | | |
| 77 | Payment | 10/16/2010 | 8,055.93 | 1 | | |
| 78 | Payment | 11/16/2010 | 8,055.93 | 1 | | |
| 79 | Payment | 12/16/2010 | 8,055.93 | 1 | | |
| 80 | Payment | 01/16/2011 | 8,055.93 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| Loan | 07/16/2004 | 1,000,000.00 | | | | 1,000,000.00 |
| 1 | 08/16/2004 | | 8,055.93 | 6,336.81 | 1,719.12 | 998,280.88 |
| 2 | 09/16/2004 | | 8,055.93 | 6,325.91 | 1,730.02 | 996,550.86 |
| 3 | 10/16/2004 | | 8,055.93 | 6,314.95 | 1,740.98 | 994,809.88 |
| 4 | 11/16/2004 | | 8,055.93 | 6,303.92 | 1,752.01 | 993,057.87 |

CL-51135219 - Expected 7.60417%

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 5 | 12/16/2004 | | 8,055.93 | 6,292.82 | 1,763.11 | 991,294.76 |
| 2004 Totals | | 1,000,000.00 | 40,279.65 | 31,574.41 | 8,705.24 | |
| 6 | 01/16/2005 | | 8,055.93 | 6,281.64 | 1,774.29 | 989,520.47 |
| 7 | 02/16/2005 | | 8,055.93 | 6,270.40 | 1,785.53 | 987,734.94 |
| 8 | 03/16/2005 | | 8,055.93 | 6,259.09 | 1,796.84 | 985,938.10 |
| 9 | 04/16/2005 | | 8,055.93 | 6,247.70 | 1,808.23 | 984,129.87 |
| 10 | 05/16/2005 | | 8,055.93 | 6,236.24 | 1,819.69 | 982,310.18 |
| 11 | 06/16/2005 | | 8,055.93 | 6,224.71 | 1,831.22 | 980,478.96 |
| 12 | 07/16/2005 | | 8,055.93 | 6,213.11 | 1,842.82 | 978,636.14 |
| 13 | 08/16/2005 | | 8,055.93 | 6,201.43 | 1,854.50 | 976,781.64 |
| 14 | 09/16/2005 | | 8,055.93 | 6,189.68 | 1,866.25 | 974,915.39 |
| 15 | 10/16/2005 | | 8,055.93 | 6,177.85 | 1,878.08 | 973,037.31 |
| 16 | 11/16/2005 | | 8,055.93 | 6,165.95 | 1,889.98 | 971,147.33 |
| 17 | 12/16/2005 | | 8,055.93 | 6,153.97 | 1,901.96 | 969,245.37 |
| 2005 Totals | | 0.00 | 96,671.16 | 74,621.77 | 22,049.39 | |
| 18 | 01/16/2006 | | 8,055.93 | 6,141.92 | 1,914.01 | 967,331.36 |
| 19 | 02/16/2006 | | 8,055.93 | 6,129.79 | 1,926.14 | 965,405.22 |
| 20 | 03/16/2006 | | 8,055.93 | 6,117.59 | 1,938.34 | 963,466.88 |
| 21 | 04/16/2006 | | 8,055.93 | 6,105.30 | 1,950.63 | 961,516.25 |
| 22 | 05/16/2006 | | 8,055.93 | 6,092.94 | 1,962.99 | 959,553.26 |
| 23 | 06/16/2006 | | 8,055.93 | 6,080.51 | 1,975.42 | 957,577.84 |
| 24 | 07/16/2006 | | 8,055.93 | 6,067.99 | 1,987.94 | 955,589.90 |
| 25 | 08/16/2006 | | 8,055.93 | 6,055.39 | 2,000.54 | 953,589.36 |
| 26 | 09/16/2006 | | 8,055.93 | 6,042.71 | 2,013.22 | 951,576.14 |
| 27 | 10/16/2006 | | 8,055.93 | 6,029.96 | 2,025.97 | 949,550.17 |
| 28 | 11/16/2006 | | 8,055.93 | 6,017.12 | 2,038.81 | 947,511.36 |
| 29 | 12/16/2006 | | 8,055.93 | 6,004.20 | 2,051.73 | 945,459.63 |
| 2006 Totals | | 0.00 | 96,671.16 | 72,885.42 | 23,785.74 | |
| 30 | 01/16/2007 | | 8,055.93 | 5,991.20 | 2,064.73 | 943,394.90 |
| 31 | 02/16/2007 | | 8,055.93 | 5,978.11 | 2,077.82 | 941,317.08 |
| 32 | 03/16/2007 | | 8,055.93 | 5,964.95 | 2,090.98 | 939,226.10 |
| 33 | 04/16/2007 | | 8,055.93 | 5,951.70 | 2,104.23 | 937,121.87 |
| 34 | 05/16/2007 | | 8,055.93 | 5,938.36 | 2,117.57 | 935,004.30 |
| 35 | 06/16/2007 | | 8,055.93 | 5,924.94 | 2,130.99 | 932,873.31 |
| 36 | 07/16/2007 | | 8,055.93 | 5,911.44 | 2,144.49 | 930,728.82 |
| 37 | 08/16/2007 | | 8,055.93 | 5,897.85 | 2,158.08 | 928,570.74 |
| 38 | 09/16/2007 | | 8,055.93 | 5,884.17 | 2,171.76 | 926,398.98 |
| 39 | 10/16/2007 | | 8,055.93 | 5,870.41 | 2,185.52 | 924,213.46 |
| 40 | 11/16/2007 | | 8,055.93 | 5,856.56 | 2,199.37 | 922,014.09 |
| 41 | 12/16/2007 | | 8,055.93 | 5,842.63 | 2,213.30 | 919,800.79 |
| 2007 Totals | | 0.00 | 96,671.16 | 71,012.32 | 25,658.84 | |
| 42 | 01/16/2008 | | 8,055.93 | 5,828.60 | 2,227.33 | 917,573.46 |
| 43 | 02/16/2008 | | 8,055.93 | 5,814.49 | 2,241.44 | 915,332.02 |
| 44 | 03/16/2008 | | 8,055.93 | 5,800.28 | 2,255.65 | 913,076.37 |
| 45 | 04/16/2008 | | 8,055.93 | 5,785.99 | 2,269.94 | 910,806.43 |

CL-51135219 - Expected 7.60417%

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 46 | 05/16/2008 | | 8,055.93 | 5,771.61 | 2,284.32 | 908,522.11 |
| 47 | 06/16/2008 | | 8,055.93 | 5,757.13 | 2,298.80 | 906,223.31 |
| 48 | 07/16/2008 | | 8,055.93 | 5,742.56 | 2,313.37 | 903,909.94 |
| 49 | 08/16/2008 | | 8,055.93 | 5,727.90 | 2,328.03 | 901,581.91 |
| 50 | 09/16/2008 | | 8,055.93 | 5,713.15 | 2,342.78 | 899,239.13 |
| 51 | 10/16/2008 | | 8,055.93 | 5,698.31 | 2,357.62 | 896,881.51 |
| 52 | 11/16/2008 | | 8,055.93 | 5,683.37 | 2,372.56 | 894,508.95 |
| 53 | 12/16/2008 | | 8,055.93 | 5,668.33 | 2,387.60 | 892,121.35 |
| 2008 Totals | | 0.00 | 96,671.16 | 68,991.72 | 27,679.44 | |
| 54 | 01/16/2009 | | 8,055.93 | 5,653.20 | 2,402.73 | 889,718.62 |
| 55 | 02/16/2009 | | 8,055.93 | 5,637.98 | 2,417.95 | 887,300.67 |
| 56 | 03/16/2009 | | 8,055.93 | 5,622.65 | 2,433.28 | 884,867.39 |
| 57 | 04/16/2009 | | 8,055.93 | 5,607.24 | 2,448.69 | 882,418.70 |
| 58 | 05/16/2009 | | 8,055.93 | 5,591.72 | 2,464.21 | 879,954.49 |
| 59 | 06/16/2009 | | 8,055.93 | 5,576.10 | 2,479.83 | 877,474.66 |
| 60 | 07/16/2009 | | 8,055.93 | 5,560.39 | 2,495.54 | 874,979.12 |
| 61 | 08/16/2009 | | 8,055.93 | 5,544.57 | 2,511.36 | 872,467.76 |
| 62 | 09/16/2009 | | 8,055.93 | 5,528.66 | 2,527.27 | 869,940.49 |
| Loan | 10/13/2009 | 1,500.00 | | 4,893.42 | 4,893.42- | 876,333.91 |
| 63 | 10/16/2009 | | 8,055.93 | 547.71 | 7,508.22 | 868,825.69 |
| 64 | 11/16/2009 | | 8,055.93 | 5,505.58 | 2,550.35 | 866,275.34 |
| 65 | 12/16/2009 | | 8,055.93 | 5,489.42 | 2,566.51 | 863,708.83 |
| 2009 Totals | | 1,500.00 | 96,671.16 | 66,758.64 | 29,912.52 | |
| 66 | 01/16/2010 | | 8,055.93 | 5,473.16 | 2,582.77 | 861,126.06 |
| 67 | 02/16/2010 | | 8,055.93 | 5,456.79 | 2,599.14 | 858,526.92 |
| 68 | 03/16/2010 | | 8,055.93 | 5,440.32 | 2,615.61 | 855,911.31 |
| 69 | 04/16/2010 | | 8,055.93 | 5,423.75 | 2,632.18 | 853,279.13 |
| 70 | 05/16/2010 | | 8,055.93 | 5,407.07 | 2,648.86 | 850,630.27 |
| 71 | 06/16/2010 | | 8,055.93 | 5,390.28 | 2,665.65 | 847,964.62 |
| 72 | 07/16/2010 | | 8,055.93 | 5,373.39 | 2,682.54 | 845,282.08 |
| 73 | 08/16/2010 | | 8,055.93 | 5,356.39 | 2,699.54 | 842,582.54 |
| 74 | 09/16/2010 | | 8,055.93 | 5,339.28 | 2,716.65 | 839,865.89 |
| 75 | 10/16/2010 | | 8,055.93 | 5,322.07 | 2,733.86 | 837,132.03 |
| 76 | 11/16/2010 | | 8,055.93 | 5,304.75 | 2,751.18 | 834,380.85 |
| 77 | 12/16/2010 | | 8,055.93 | 5,287.31 | 2,768.62 | 831,612.23 |
| 2010 Totals | | 0.00 | 96,671.16 | 64,574.56 | 32,096.60 | |
| 78 | 01/16/2011 | | 8,055.93 | 5,269.77 | 2,786.16 | 828,826.07 |
| 2011 Totals | | 0.00 | 8,055.93 | 5,269.77 | 2,786.16 | |
| Grand Totals | | 1,001,500.00 | 628,362.54 | 455,688.61 | 172,673.93 | |

CL-51135219 - Expected 7.60417%

An open balance of 828,826.07 still remains.

CL-51135938 - Expected 8.37031%

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  8.370 %

## CASH FLOW DATA

|    | Event   | Date       | Amount     | Number | Period  | End Date   |
|----|---------|------------|------------|--------|---------|------------|
| 1  | Loan    | 10/25/2005 | 5,298.50   | 1      |         |            |
| 2  | Payment | 11/16/2005 | 3,076.20   | 1      |         |            |
| 3  | Loan    | 11/23/2005 | 63,865.05  | 1      |         |            |
| 4  | Payment | 12/16/2005 | 3,076.20   | 1      |         |            |
| 5  | Loan    | 12/20/2005 | 181,326.74 | 1      |         |            |
| 6  | Loan    | 01/06/2006 | 30,000.00  | 1      |         |            |
| 7  | Payment | 01/16/2006 | 3,076.20   | 20     | Monthly | 08/16/2007 |
| 8  | Loan    | 08/22/2007 | 25,000.00  | 1      |         |            |
| 9  | Loan    | 09/06/2007 | 20,000.00  | 1      |         |            |
| 10 | Payment | 09/16/2007 | 3,076.20   | 1      |         |            |
| 11 | Payment | 09/17/2007 | 12,500.00  | 1      |         |            |
| 12 | Loan    | 10/16/2007 | 11,000.00  | 1      |         |            |
| 13 | Payment | 10/16/2007 | 3,076.20   | 40     | Monthly | 01/16/2011 |

## AMORTIZATION SCHEDULE - Normal Amortization

|       | Date       | Loan       | Payment   | Interest  | Principal | Balance    |
|-------|------------|------------|-----------|-----------|-----------|------------|
| Loan  | 10/25/2005 | 5,298.50   |           |           |           | 5,298.50   |
| 1     | 11/16/2005 |            | 3,076.20  | 26.73     | 3,049.47  | 2,249.03   |
| Loan  | 11/23/2005 | 63,865.05  |           | 3.61      | 3.61-     | 66,117.69  |
| 2     | 12/16/2005 |            | 3,076.20  | 348.73    | 2,727.47  | 63,390.22  |
| Loan  | 12/20/2005 | 181,326.74 |           | 58.15     | 58.15-    | 244,775.11 |
| 2005 Totals |      | 250,490.29 | 6,152.40  | 437.22    | 5,715.18  |            |
|       |            |            |           |           |           |            |
| Loan  | 01/06/2006 | 30,000.00  |           | 954.26    | 954.26-   | 275,729.37 |
| 3     | 01/16/2006 |            | 3,076.20  | 632.31    | 2,443.89  | 273,285.48 |
| 4     | 02/16/2006 |            | 3,076.20  | 1,906.24  | 1,169.96  | 272,115.52 |
| 5     | 03/16/2006 |            | 3,076.20  | 1,898.08  | 1,178.12  | 270,937.40 |
| 6     | 04/16/2006 |            | 3,076.20  | 1,889.86  | 1,186.34  | 269,751.06 |
| 7     | 05/16/2006 |            | 3,076.20  | 1,881.58  | 1,194.62  | 268,556.44 |
| 8     | 06/16/2006 |            | 3,076.20  | 1,873.25  | 1,202.95  | 267,353.49 |
| 9     | 07/16/2006 |            | 3,076.20  | 1,864.86  | 1,211.34  | 266,142.15 |
| 10    | 08/16/2006 |            | 3,076.20  | 1,856.41  | 1,219.79  | 264,922.36 |
| 11    | 09/16/2006 |            | 3,076.20  | 1,847.90  | 1,228.30  | 263,694.06 |
| 12    | 10/16/2006 |            | 3,076.20  | 1,839.33  | 1,236.87  | 262,457.19 |
| 13    | 11/16/2006 |            | 3,076.20  | 1,830.71  | 1,245.49  | 261,211.70 |
| 14    | 12/16/2006 |            | 3,076.20  | 1,822.02  | 1,254.18  | 259,957.52 |
| 2006 Totals |      | 30,000.00  | 36,914.40 | 22,096.81 | 14,817.59 |            |
|       |            |            |           |           |           |            |
| 15    | 01/16/2007 |            | 3,076.20  | 1,813.27  | 1,262.93  | 258,694.59 |
| 16    | 02/16/2007 |            | 3,076.20  | 1,804.46  | 1,271.74  | 257,422.85 |
| 17    | 03/16/2007 |            | 3,076.20  | 1,795.59  | 1,280.61  | 256,142.24 |

CL-51135938 - Expected 8.37031%

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 18 | 04/16/2007 | | 3,076.20 | 1,786.66 | 1,289.54 | 254,852.70 |
| 19 | 05/16/2007 | | 3,076.20 | 1,777.66 | 1,298.54 | 253,554.16 |
| 20 | 06/16/2007 | | 3,076.20 | 1,768.61 | 1,307.59 | 252,246.57 |
| 21 | 07/16/2007 | | 3,076.20 | 1,759.48 | 1,316.72 | 250,929.85 |
| 22 | 08/16/2007 | | 3,076.20 | 1,750.30 | 1,325.90 | 249,603.95 |
| Loan | 08/22/2007 | 25,000.00 | | 343.44 | 343.44- | 274,947.39 |
| Loan | 09/06/2007 | 20,000.00 | | 945.78 | 945.78- | 295,893.17 |
| 23 | 09/16/2007 | | 3,076.20 | 678.55 | 2,397.65 | 293,495.52 |
| 24 | 09/17/2007 | | 12,500.00 | 67.31 | 12,432.69 | 281,062.83 |
| Loan | 10/16/2007 | 11,000.00 | | 1,869.18 | 1,869.18- | 293,932.01 |
| 25 | 10/16/2007 | | 3,076.20 | 0.00 | 3,076.20 | 290,855.81 |
| 26 | 11/16/2007 | | 3,076.20 | 2,028.79 | 1,047.41 | 289,808.40 |
| 27 | 12/16/2007 | | 3,076.20 | 2,021.49 | 1,054.71 | 288,753.69 |
| 2007 Totals | | 56,000.00 | 49,414.40 | 22,210.57 | 27,203.83 | |
| | | | | | | |
| 28 | 01/16/2008 | | 3,076.20 | 2,014.13 | 1,062.07 | 287,691.62 |
| 29 | 02/16/2008 | | 3,076.20 | 2,006.72 | 1,069.48 | 286,622.14 |
| 30 | 03/16/2008 | | 3,076.20 | 1,999.26 | 1,076.94 | 285,545.20 |
| 31 | 04/16/2008 | | 3,076.20 | 1,991.75 | 1,084.45 | 284,460.75 |
| 32 | 05/16/2008 | | 3,076.20 | 1,984.19 | 1,092.01 | 283,368.74 |
| 33 | 06/16/2008 | | 3,076.20 | 1,976.57 | 1,099.63 | 282,269.11 |
| 34 | 07/16/2008 | | 3,076.20 | 1,968.90 | 1,107.30 | 281,161.81 |
| 35 | 08/16/2008 | | 3,076.20 | 1,961.18 | 1,115.02 | 280,046.79 |
| 36 | 09/16/2008 | | 3,076.20 | 1,953.40 | 1,122.80 | 278,923.99 |
| 37 | 10/16/2008 | | 3,076.20 | 1,945.57 | 1,130.63 | 277,793.36 |
| 38 | 11/16/2008 | | 3,076.20 | 1,937.68 | 1,138.52 | 276,654.84 |
| 39 | 12/16/2008 | | 3,076.20 | 1,929.74 | 1,146.46 | 275,508.38 |
| 2008 Totals | | 0.00 | 36,914.40 | 23,669.09 | 13,245.31 | |
| | | | | | | |
| 40 | 01/16/2009 | | 3,076.20 | 1,921.74 | 1,154.46 | 274,353.92 |
| 41 | 02/16/2009 | | 3,076.20 | 1,913.69 | 1,162.51 | 273,191.41 |
| 42 | 03/16/2009 | | 3,076.20 | 1,905.58 | 1,170.62 | 272,020.79 |
| 43 | 04/16/2009 | | 3,076.20 | 1,897.42 | 1,178.78 | 270,842.01 |
| 44 | 05/16/2009 | | 3,076.20 | 1,889.19 | 1,187.01 | 269,655.00 |
| 45 | 06/16/2009 | | 3,076.20 | 1,880.91 | 1,195.29 | 268,459.71 |
| 46 | 07/16/2009 | | 3,076.20 | 1,872.58 | 1,203.62 | 267,256.09 |
| 47 | 08/16/2009 | | 3,076.20 | 1,864.18 | 1,212.02 | 266,044.07 |
| 48 | 09/16/2009 | | 3,076.20 | 1,855.73 | 1,220.47 | 264,823.60 |
| 49 | 10/16/2009 | | 3,076.20 | 1,847.21 | 1,228.99 | 263,594.61 |
| 50 | 11/16/2009 | | 3,076.20 | 1,838.64 | 1,237.56 | 262,357.05 |
| 51 | 12/16/2009 | | 3,076.20 | 1,830.01 | 1,246.19 | 261,110.86 |
| 2009 Totals | | 0.00 | 36,914.40 | 22,516.88 | 14,397.52 | |
| | | | | | | |
| 52 | 01/16/2010 | | 3,076.20 | 1,821.32 | 1,254.88 | 259,855.98 |
| 53 | 02/16/2010 | | 3,076.20 | 1,812.56 | 1,263.64 | 258,592.34 |
| 54 | 03/16/2010 | | 3,076.20 | 1,803.75 | 1,272.45 | 257,319.89 |
| 55 | 04/16/2010 | | 3,076.20 | 1,794.87 | 1,281.33 | 256,038.56 |
| 56 | 05/16/2010 | | 3,076.20 | 1,785.94 | 1,290.26 | 254,748.30 |
| 57 | 06/16/2010 | | 3,076.20 | 1,776.94 | 1,299.26 | 253,449.04 |

CL-51135938 - Expected 8.37031%

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 58 | 07/16/2010 | | 3,076.20 | 1,767.87 | 1,308.33 | 252,140.71 |
| 59 | 08/16/2010 | | 3,076.20 | 1,758.75 | 1,317.45 | 250,823.26 |
| 60 | 09/16/2010 | | 3,076.20 | 1,749.56 | 1,326.64 | 249,496.62 |
| 61 | 10/16/2010 | | 3,076.20 | 1,740.30 | 1,335.90 | 248,160.72 |
| 62 | 11/16/2010 | | 3,076.20 | 1,730.99 | 1,345.21 | 246,815.51 |
| 63 | 12/16/2010 | | 3,076.20 | 1,721.60 | 1,354.60 | 245,460.91 |
| 2010 Totals | | 0.00 | 36,914.40 | 21,264.45 | 15,649.95 | |
| 64 | 01/16/2011 | | 3,076.20 | 1,712.15 | 1,364.05 | 244,096.86 |
| 2011 Totals | | 0.00 | 3,076.20 | 1,712.15 | 1,364.05 | |
| Grand Totals | | 336,490.29 | 206,300.60 | 113,907.17 | 92,393.43 | |

CL-51135938 - Expected 8.37031%

An open balance of 244,096.86 still remains.

CL-51135219 - Actual 7.60417% - No default rate

Compound Period ........ :  Monthly

Nominal Annual Rate .... :  7.604 %

CASH FLOW DATA

|    | Event   | Date       | Amount       | Number | Period | End Date |
|----|---------|------------|--------------|--------|--------|----------|
| 1  | Loan    | 07/16/2004 | 1,000,000.00 | 1      |        |          |
| 2  | Payment | 08/25/2004 | 8,149.40     | 1      |        |          |
| 3  | Payment | 09/16/2004 | 8,055.93     | 1      |        |          |
| 4  | Payment | 10/14/2004 | 8,055.93     | 1      |        |          |
| 5  | Payment | 11/17/2004 | 8,055.93     | 1      |        |          |
| 6  | Payment | 12/16/2004 | 8,055.93     | 1      |        |          |
| 7  | Payment | 01/16/2005 | 8,055.93     | 1      |        |          |
| 8  | Payment | 02/16/2005 | 8,055.93     | 1      |        |          |
| 9  | Payment | 03/16/2005 | 8,055.93     | 1      |        |          |
| 10 | Payment | 04/16/2005 | 8,055.93     | 1      |        |          |
| 11 | Payment | 05/16/2005 | 8,055.93     | 1      |        |          |
| 12 | Payment | 06/16/2005 | 8,055.93     | 1      |        |          |
| 13 | Payment | 07/16/2005 | 8,055.93     | 1      |        |          |
| 14 | Payment | 08/16/2005 | 8,055.93     | 1      |        |          |
| 15 | Payment | 09/16/2005 | 8,055.93     | 1      |        |          |
| 16 | Payment | 10/16/2005 | 8,055.93     | 1      |        |          |
| 17 | Payment | 11/16/2005 | 8,055.93     | 1      |        |          |
| 18 | Payment | 12/16/2005 | 8,055.93     | 1      |        |          |
| 19 | Payment | 01/16/2006 | 8,055.93     | 1      |        |          |
| 20 | Payment | 02/16/2006 | 8,055.93     | 1      |        |          |
| 21 | Payment | 03/16/2006 | 8,055.93     | 1      |        |          |
| 22 | Payment | 04/16/2006 | 8,055.93     | 1      |        |          |
| 23 | Payment | 05/16/2006 | 8,055.93     | 1      |        |          |
| 24 | Payment | 06/16/2006 | 8,055.93     | 1      |        |          |
| 25 | Payment | 07/16/2006 | 8,055.93     | 1      |        |          |
| 26 | Payment | 08/16/2006 | 8,055.93     | 1      |        |          |
| 27 | Payment | 09/16/2006 | 8,055.93     | 1      |        |          |
| 28 | Payment | 10/16/2006 | 8,055.93     | 1      |        |          |
| 29 | Payment | 11/16/2006 | 8,055.93     | 1      |        |          |
| 30 | Payment | 12/16/2006 | 8,055.93     | 1      |        |          |
| 31 | Payment | 01/16/2007 | 8,055.93     | 1      |        |          |
| 32 | Payment | 02/16/2007 | 8,055.93     | 1      |        |          |
| 33 | Payment | 03/16/2007 | 8,055.93     | 1      |        |          |
| 34 | Payment | 04/16/2007 | 8,055.93     | 1      |        |          |
| 35 | Payment | 05/16/2007 | 8,055.93     | 1      |        |          |
| 36 | Payment | 06/16/2007 | 8,055.93     | 1      |        |          |
| 37 | Payment | 07/16/2007 | 8,055.93     | 1      |        |          |
| 38 | Payment | 08/14/2007 | 8,055.93     | 1      |        |          |
| 39 | Payment | 09/17/2007 | 8,055.93     | 1      |        |          |
| 40 | Payment | 10/16/2007 | 8,055.93     | 1      |        |          |
| 41 | Payment | 11/16/2007 | 8,055.93     | 1      |        |          |
| 42 | Payment | 12/18/2007 | 8,055.93     | 1      |        |          |
| 43 | Payment | 01/15/2008 | 8,055.93     | 1      |        |          |

CL-51135219 - Actual 7.60417% - No default rate

## CASH FLOW DATA

|    | Event   | Date       | Amount    | Number | Period | End Date |
|----|---------|------------|-----------|--------|--------|----------|
| 44 | Payment | 02/25/2008 | 8,055.93  | 1      |        |          |
| 45 | Payment | 03/18/2008 | 8,055.93  | 1      |        |          |
| 46 | Payment | 04/16/2008 | 8,055.93  | 1      |        |          |
| 47 | Payment | 05/16/2008 | 8,055.93  | 1      |        |          |
| 48 | Payment | 06/16/2008 | 8,055.93  | 1      |        |          |
| 49 | Payment | 07/17/2008 | 8,055.93  | 1      |        |          |
| 50 | Payment | 08/19/2008 | 8,055.72  | 1      |        |          |
| 51 | Payment | 11/06/2008 | 8,055.93  | 1      |        |          |
| 52 | Payment | 12/16/2008 | 9,536.22  | 1      |        |          |
| 53 | Payment | 01/16/2009 | 8,660.13  | 1      |        |          |
| 54 | Payment | 02/13/2009 | 8,055.93  | 1      |        |          |
| 55 | Payment | 03/09/2009 | 8,055.93  | 1      |        |          |
| 56 | Payment | 03/17/2009 | 8,055.93  | 1      |        |          |
| 57 | Payment | 03/26/2009 | 8,055.63  | 1      |        |          |
| 58 | Payment | 04/29/2009 | 8,055.93  | 1      |        |          |
| 59 | Payment | 07/17/2009 | 8,055.93  | 1      |        |          |
| 60 | Payment | 09/28/2009 | 8,055.93  | 1      |        |          |
| 61 | Loan    | 10/13/2009 | 1,500.00  | 1      |        |          |
| 62 | Payment | 10/20/2009 | 4,000.00  | 1      |        |          |
| 63 | Payment | 10/27/2009 | 4,055.93  | 1      |        |          |
| 64 | Payment | 11/27/2009 | 4,030.00  | 1      |        |          |
| 65 | Payment | 11/30/2009 | 2,510.00  | 1      |        |          |
| 66 | Payment | 12/02/2009 | 1,515.00  | 1      |        |          |
| 67 | Payment | 06/21/2010 | 24,167.79 | 1      |        |          |
| 68 | Payment | 07/19/2010 | 8,055.93  | 1      |        |          |
| 69 | Payment | 07/23/2010 | 34,279.65 | 1      |        |          |
| 70 | Payment | 08/16/2010 | 8,055.93  | 1      |        |          |
| 71 | Payment | 09/02/2010 | 8,055.93  | 1      |        |          |
| 72 | Payment | 09/16/2010 | 8,055.93  | 1      |        |          |
| 73 | Payment | 10/16/2010 | 8,055.93  | 1      |        |          |
| 74 | Payment | 11/05/2010 | 8,055.93  | 1      |        |          |
| 75 | Payment | 11/15/2010 | 8,055.93  | 1      |        |          |
| 76 | Payment | 12/16/2010 | 8,055.93  | 1      |        |          |
| 77 | Payment | 01/21/2011 | 4,000.00  | 1      |        |          |
| 78 | Payment | 01/25/2011 | 2,500.00  | 1      |        |          |
| 79 | Payment | 01/26/2011 | 1,500.00  | 1      |        |          |
| 80 | Payment | 01/31/2011 | 4,000.00  | 1      |        |          |

## AMORTIZATION SCHEDULE - Normal Amortization

|      | Date       | Loan         | Payment  | Interest | Principal | Balance      |
|------|------------|--------------|----------|----------|-----------|--------------|
| Loan | 07/16/2004 | 1,000,000.00 |          |          |           | 1,000,000.00 |
| 1    | 08/25/2004 |              | 8,149.40 | 8,223.69 | 74.29-    | 1,000,074.29 |
| 2    | 09/16/2004 |              | 8,055.93 | 4,583.68 | 3,472.25  | 996,602.04   |
| 3    | 10/14/2004 |              | 8,055.93 | 5,813.51 | 2,242.42  | 994,359.62   |
| 4    | 11/17/2004 |              | 8,055.93 | 6,926.48 | 1,129.45  | 993,230.17   |

CL-51135219 - Actual 7.60417% - No default rate

| Date | Loan | Payment | Interest | Principal | Balance |
|------|------|---------|----------|-----------|---------|
| 5   12/16/2004 | | 8,055.93 | 6,000.77 | 2,055.16 | 991,175.01 |
| 2004 Totals | 1,000,000.00 | 40,373.12 | 31,548.13 | 8,824.99 | |
| 6   01/16/2005 | | 8,055.93 | 6,280.89 | 1,775.04 | 989,399.97 |
| 7   02/16/2005 | | 8,055.93 | 6,269.64 | 1,786.29 | 987,613.68 |
| 8   03/16/2005 | | 8,055.93 | 6,258.32 | 1,797.61 | 985,816.07 |
| 9   04/16/2005 | | 8,055.93 | 6,246.93 | 1,809.00 | 984,007.07 |
| 10   05/16/2005 | | 8,055.93 | 6,235.46 | 1,820.47 | 982,186.60 |
| 11   06/16/2005 | | 8,055.93 | 6,223.93 | 1,832.00 | 980,354.60 |
| 12   07/16/2005 | | 8,055.93 | 6,212.32 | 1,843.61 | 978,510.99 |
| 13   08/16/2005 | | 8,055.93 | 6,200.64 | 1,855.29 | 976,655.70 |
| 14   09/16/2005 | | 8,055.93 | 6,188.88 | 1,867.05 | 974,788.65 |
| 15   10/16/2005 | | 8,055.93 | 6,177.05 | 1,878.88 | 972,909.77 |
| 16   11/16/2005 | | 8,055.93 | 6,165.14 | 1,890.79 | 971,018.98 |
| 17   12/16/2005 | | 8,055.93 | 6,153.16 | 1,902.77 | 969,116.21 |
| 2005 Totals | 0.00 | 96,671.16 | 74,612.36 | 22,058.80 | |
| 18   01/16/2006 | | 8,055.93 | 6,141.10 | 1,914.83 | 967,201.38 |
| 19   02/16/2006 | | 8,055.93 | 6,128.97 | 1,926.96 | 965,274.42 |
| 20   03/16/2006 | | 8,055.93 | 6,116.76 | 1,939.17 | 963,335.25 |
| 21   04/16/2006 | | 8,055.93 | 6,104.47 | 1,951.46 | 961,383.79 |
| 22   05/16/2006 | | 8,055.93 | 6,092.10 | 1,963.83 | 959,419.96 |
| 23   06/16/2006 | | 8,055.93 | 6,079.66 | 1,976.27 | 957,443.69 |
| 24   07/16/2006 | | 8,055.93 | 6,067.14 | 1,988.79 | 955,454.90 |
| 25   08/16/2006 | | 8,055.93 | 6,054.53 | 2,001.40 | 953,453.50 |
| 26   09/16/2006 | | 8,055.93 | 6,041.85 | 2,014.08 | 951,439.42 |
| 27   10/16/2006 | | 8,055.93 | 6,029.09 | 2,026.84 | 949,412.58 |
| 28   11/16/2006 | | 8,055.93 | 6,016.25 | 2,039.68 | 947,372.90 |
| 29   12/16/2006 | | 8,055.93 | 6,003.32 | 2,052.61 | 945,320.29 |
| 2006 Totals | 0.00 | 96,671.16 | 72,875.24 | 23,795.92 | |
| 30   01/16/2007 | | 8,055.93 | 5,990.31 | 2,065.62 | 943,254.67 |
| 31   02/16/2007 | | 8,055.93 | 5,977.22 | 2,078.71 | 941,175.96 |
| 32   03/16/2007 | | 8,055.93 | 5,964.05 | 2,091.88 | 939,084.08 |
| 33   04/16/2007 | | 8,055.93 | 5,950.80 | 2,105.13 | 936,978.95 |
| 34   05/16/2007 | | 8,055.93 | 5,937.46 | 2,118.47 | 934,860.48 |
| 35   06/16/2007 | | 8,055.93 | 5,924.03 | 2,131.90 | 932,728.58 |
| 36   07/16/2007 | | 8,055.93 | 5,910.52 | 2,145.41 | 930,583.17 |
| 37   08/14/2007 | | 8,055.93 | 5,622.28 | 2,433.65 | 928,149.52 |
| 38   09/17/2007 | | 8,055.93 | 6,465.28 | 1,590.65 | 926,558.87 |
| 39   10/16/2007 | | 8,055.93 | 5,597.96 | 2,457.97 | 924,100.90 |
| 40   11/16/2007 | | 8,055.93 | 5,855.85 | 2,200.08 | 921,900.82 |
| 41   12/18/2007 | | 8,055.93 | 6,228.47 | 1,827.46 | 920,073.36 |
| 2007 Totals | 0.00 | 96,671.16 | 71,424.23 | 25,246.93 | |
| 42   01/15/2008 | | 8,055.93 | 5,367.10 | 2,688.83 | 917,384.53 |
| 43   02/25/2008 | | 8,055.93 | 7,736.62 | 319.31 | 917,065.22 |
| 44   03/18/2008 | | 8,055.93 | 4,203.22 | 3,852.71 | 913,212.51 |
| 45   04/16/2008 | | 8,055.93 | 5,517.33 | 2,538.60 | 910,673.91 |

CL-51135219 - Actual 7.60417% - No default rate

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 46 | 05/16/2008 | | 8,055.93 | 5,770.77 | 2,285.16 | 908,388.75 |
| 47 | 06/16/2008 | | 8,055.93 | 5,756.29 | 2,299.64 | 906,089.11 |
| 48 | 07/17/2008 | | 8,055.93 | 5,931.68 | 2,124.25 | 903,964.86 |
| 49 | 08/19/2008 | | 8,055.72 | 6,107.29 | 1,948.43 | 902,016.43 |
| 50 | 11/06/2008 | | 8,055.93 | 14,893.60 | 6,837.67- | 908,854.10 |
| 51 | 12/16/2008 | | 9,536.22 | 7,664.68 | 1,871.54 | 906,982.56 |
| 2008 Totals | | 0.00 | 82,039.38 | 68,948.58 | 13,090.80 | |
| | | | | | | |
| 52 | 01/16/2009 | | 8,660.13 | 5,747.37 | 2,912.76 | 904,069.80 |
| 53 | 02/13/2009 | | 8,055.93 | 5,273.74 | 2,782.19 | 901,287.61 |
| 54 | 03/09/2009 | | 8,055.93 | 4,506.44 | 3,549.49 | 897,738.12 |
| 55 | 03/17/2009 | | 8,055.93 | 1,496.23 | 6,559.70 | 891,178.42 |
| 56 | 03/26/2009 | | 8,055.63 | 1,670.96 | 6,384.67 | 884,793.75 |
| 57 | 04/29/2009 | | 8,055.93 | 6,163.27 | 1,892.66 | 882,901.09 |
| 58 | 07/17/2009 | | 8,055.93 | 14,577.98 | 6,522.05- | 889,423.14 |
| 59 | 09/28/2009 | | 8,055.93 | 13,372.10 | 5,316.17- | 894,739.31 |
| Loan | 10/13/2009 | 1,500.00 | | 2,796.06 | 2,796.06- | 899,035.37 |
| 60 | 10/20/2009 | | 4,000.00 | 1,311.09 | 2,688.91 | 896,346.46 |
| 61 | 10/27/2009 | | 4,055.93 | 1,307.17 | 2,748.76 | 893,597.70 |
| 62 | 11/27/2009 | | 4,030.00 | 5,662.56 | 1,632.56- | 895,230.26 |
| 63 | 11/30/2009 | | 2,510.00 | 559.52 | 1,950.48 | 893,279.78 |
| 64 | 12/02/2009 | | 1,515.00 | 372.20 | 1,142.80 | 892,136.98 |
| 2009 Totals | | 1,500.00 | 81,162.27 | 64,816.69 | 16,345.58 | |
| | | | | | | |
| 65 | 06/21/2010 | | 24,167.79 | 38,129.51 | 13,961.72- | 906,098.70 |
| 66 | 07/19/2010 | | 8,055.93 | 5,285.58 | 2,770.35 | 903,328.35 |
| 67 | 07/23/2010 | | 34,279.65 | 752.77 | 33,526.88 | 869,801.47 |
| 68 | 08/16/2010 | | 8,055.93 | 4,349.01 | 3,706.92 | 866,094.55 |
| 69 | 09/02/2010 | | 8,055.93 | 3,067.42 | 4,988.51 | 861,106.04 |
| 70 | 09/16/2010 | | 8,055.93 | 2,511.56 | 5,544.37 | 855,561.67 |
| 71 | 10/16/2010 | | 8,055.93 | 5,421.53 | 2,634.40 | 852,927.27 |
| 72 | 11/05/2010 | | 8,055.93 | 3,553.87 | 4,502.06 | 848,425.21 |
| 73 | 11/15/2010 | | 8,055.93 | 1,767.55 | 6,288.38 | 842,136.83 |
| 74 | 12/16/2010 | | 8,055.93 | 5,513.02 | 2,542.91 | 839,593.92 |
| 2010 Totals | | 0.00 | 122,894.88 | 70,351.82 | 52,543.06 | |
| | | | | | | |
| 75 | 01/21/2011 | | 4,000.00 | 6,200.47 | 2,200.47- | 841,794.39 |
| 76 | 01/25/2011 | | 2,500.00 | 701.50 | 1,798.50 | 839,995.89 |
| 77 | 01/26/2011 | | 1,500.00 | 175.00 | 1,325.00 | 838,670.89 |
| 78 | 01/31/2011 | | 4,000.00 | 873.62 | 3,126.38 | 835,544.51 |
| 2011 Totals | | 0.00 | 12,000.00 | 7,950.59 | 4,049.41 | |
| | | | | | | |
| Grand Totals | | 1,001,500.00 | 628,483.13 | 462,527.64 | 165,955.49 | |

CL-51135219 - Actual 7.60417% - No default rate

An open balance of 835,544.51 still remains.

CL-51135938 - Actual 8.37031% - No default rate

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  8.370 %

CASH FLOW DATA

|    | Event   | Date       | Amount     | Number | Period | End Date |
|----|---------|------------|------------|--------|--------|----------|
| 1  | Loan    | 10/25/2005 | 5,298.50   | 1      |        |          |
| 2  | Loan    | 11/23/2005 | 63,865.05  | 1      |        |          |
| 3  | Loan    | 12/20/2005 | 181,326.74 | 1      |        |          |
| 4  | Payment | 12/20/2005 | 463.14     | 1      |        |          |
| 5  | Loan    | 01/06/2006 | 30,000.00  | 1      |        |          |
| 6  | Payment | 01/23/2006 | 3,076.20   | 1      |        |          |
| 7  | Payment | 02/15/2006 | 3,076.20   | 1      |        |          |
| 8  | Payment | 03/10/2006 | 8,055.93   | 1      |        |          |
| 9  | Payment | 04/18/2006 | 3,076.20   | 1      |        |          |
| 10 | Payment | 05/15/2006 | 3,076.20   | 1      |        |          |
| 11 | Payment | 06/20/2006 | 3,076.20   | 1      |        |          |
| 12 | Payment | 07/19/2006 | 3,076.20   | 1      |        |          |
| 13 | Payment | 08/17/2006 | 3,076.20   | 1      |        |          |
| 14 | Payment | 09/15/2006 | 3,076.20   | 1      |        |          |
| 15 | Payment | 10/17/2006 | 3,076.20   | 1      |        |          |
| 16 | Payment | 11/17/2006 | 3,076.20   | 1      |        |          |
| 17 | Payment | 12/16/2006 | 3,076.20   | 1      |        |          |
| 18 | Payment | 01/16/2007 | 3,076.20   | 1      |        |          |
| 19 | Payment | 02/16/2007 | 3,076.20   | 1      |        |          |
| 20 | Payment | 03/16/2007 | 3,076.20   | 1      |        |          |
| 21 | Payment | 04/16/2007 | 3,076.20   | 1      |        |          |
| 22 | Payment | 05/16/2007 | 3,076.20   | 1      |        |          |
| 23 | Payment | 06/16/2007 | 3,076.20   | 1      |        |          |
| 24 | Payment | 07/16/2007 | 3,076.20   | 1      |        |          |
| 25 | Payment | 08/14/2007 | 3,076.20   | 1      |        |          |
| 26 | Loan    | 08/22/2007 | 25,000.00  | 1      |        |          |
| 27 | Loan    | 09/06/2007 | 20,000.00  | 1      |        |          |
| 28 | Loan    | 09/17/2007 | 12,500.00  | 1      |        |          |
| 29 | Payment | 09/17/2007 | 3,076.20   | 1      |        |          |
| 30 | Loan    | 10/16/2007 | 11,000.00  | 1      |        |          |
| 31 | Payment | 10/16/2007 | 3,076.20   | 1      |        |          |
| 32 | Payment | 11/16/2007 | 3,431.89   | 1      |        |          |
| 33 | Payment | 12/18/2007 | 3,076.20   | 1      |        |          |
| 34 | Payment | 01/15/2008 | 3,076.20   | 1      |        |          |
| 35 | Payment | 02/25/2008 | 3,076.20   | 1      |        |          |
| 36 | Payment | 02/28/2008 | 200,000.00 | 1      |        |          |
| 37 | Payment | 03/19/2008 | 3,076.20   | 1      |        |          |
| 38 | Payment | 04/16/2008 | 3,076.20   | 1      |        |          |
| 39 | Payment | 05/16/2008 | 3,076.20   | 1      |        |          |
| 40 | Payment | 06/16/2008 | 3,076.20   | 1      |        |          |
| 41 | Payment | 07/17/2008 | 3,076.20   | 1      |        |          |
| 42 | Payment | 08/19/2008 | 3,076.20   | 1      |        |          |
| 43 | Payment | 11/03/2008 | 3,076.20   | 1      |        |          |

CL-51135938 - Actual 8.37031% - No default rate

## CASH FLOW DATA

|    | Event   | Date       | Amount   | Number | Period | End Date |
|----|---------|------------|----------|--------|--------|----------|
| 44 | Payment | 12/10/2008 | 3,076.20 | 1      |        |          |
| 45 | Payment | 01/12/2009 | 3,076.20 | 1      |        |          |
| 46 | Payment | 02/13/2009 | 3,076.20 | 1      |        |          |
| 47 | Payment | 03/09/2009 | 3,076.20 | 1      |        |          |
| 48 | Payment | 03/17/2009 | 3,076.20 | 1      |        |          |
| 49 | Payment | 03/26/2009 | 3,076.20 | 1      |        |          |
| 50 | Payment | 04/29/2009 | 3,076.20 | 1      |        |          |
| 51 | Payment | 07/17/2009 | 3,076.20 | 1      |        |          |
| 52 | Payment | 09/09/2009 | 3,076.20 | 1      |        |          |
| 53 | Payment | 10/16/2009 | 3,076.20 | 1      |        |          |
| 54 | Payment | 11/17/2009 | 3,076.20 | 1      |        |          |
| 55 | Payment | 12/18/2009 | 3,076.20 | 1      |        |          |
| 56 | Payment | 06/21/2010 | 9,228.60 | 1      |        |          |
| 57 | Payment | 07/19/2010 | 3,076.20 | 1      |        |          |
| 58 | Payment | 07/23/2010 | 9,230.20 | 1      |        |          |
| 59 | Payment | 08/16/2010 | 3,076.20 | 1      |        |          |
| 60 | Payment | 09/02/2010 | 3,077.00 | 1      |        |          |
| 61 | Payment | 09/16/2010 | 8,055.93 | 1      |        |          |
| 62 | Payment | 10/16/2010 | 3,076.20 | 1      |        |          |
| 63 | Payment | 11/05/2010 | 3,076.20 | 1      |        |          |
| 64 | Payment | 11/15/2010 | 3,076.20 | 1      |        |          |
| 65 | Payment | 12/16/2010 | 3,076.20 | 1      |        |          |
| 66 | Payment | 01/18/2011 | 0.00     | 1      |        |          |

## AMORTIZATION SCHEDULE - Normal Amortization

|             | Date       | Loan       | Payment  | Interest | Principal | Balance    |
|-------------|------------|------------|----------|----------|-----------|------------|
| Loan        | 10/25/2005 | 5,298.50   |          |          |           | 5,298.50   |
| Loan        | 11/23/2005 | 63,865.05  |          | 35.24    | 35.24-    | 69,198.79  |
| Loan        | 12/20/2005 | 181,326.74 |          | 428.46   | 428.46-   | 250,953.99 |
| 1           | 12/20/2005 |            | 463.14   | 0.00     | 463.14    | 250,490.85 |
| 2005 Totals |            | 250,490.29 | 463.14   | 463.70   | 0.56-     |            |
|             |            |            |          |          |           |            |
| Loan        | 01/06/2006 | 30,000.00  |          | 976.54   | 976.54-   | 281,467.39 |
| 2           | 01/23/2006 |            | 3,076.20 | 1,097.30 | 1,978.90  | 279,488.49 |
| 3           | 02/15/2006 |            | 3,076.20 | 1,474.15 | 1,602.05  | 277,886.44 |
| 4           | 03/10/2006 |            | 8,055.93 | 1,465.70 | 6,590.23  | 271,296.21 |
| 5           | 04/18/2006 |            | 3,076.20 | 2,393.55 | 682.65    | 270,613.56 |
| 6           | 05/15/2006 |            | 3,076.20 | 1,675.57 | 1,400.63  | 269,212.93 |
| 7           | 06/20/2006 |            | 3,076.20 | 2,188.67 | 887.53    | 268,325.40 |
| 8           | 07/19/2006 |            | 3,076.20 | 1,784.47 | 1,291.73  | 267,033.67 |
| 9           | 08/17/2006 |            | 3,076.20 | 1,775.88 | 1,300.32  | 265,733.35 |
| 10          | 09/15/2006 |            | 3,076.20 | 1,767.23 | 1,308.97  | 264,424.38 |
| 11          | 10/17/2006 |            | 3,076.20 | 1,966.55 | 1,109.65  | 263,314.73 |
| 12          | 11/17/2006 |            | 3,076.20 | 1,836.69 | 1,239.51  | 262,075.22 |
| 13          | 12/16/2006 |            | 3,076.20 | 1,742.90 | 1,333.30  | 260,741.92 |

CL-51135938 - Actual 8.37031% - No default rate

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 2006 Totals | | 30,000.00 | 41,894.13 | 22,145.20 | 19,748.93 | |
| 14 | 01/16/2007 | | 3,076.20 | 1,818.74 | 1,257.46 | 259,484.46 |
| 15 | 02/16/2007 | | 3,076.20 | 1,809.97 | 1,266.23 | 258,218.23 |
| 16 | 03/16/2007 | | 3,076.20 | 1,801.14 | 1,275.06 | 256,943.17 |
| 17 | 04/16/2007 | | 3,076.20 | 1,792.24 | 1,283.96 | 255,659.21 |
| 18 | 05/16/2007 | | 3,076.20 | 1,783.29 | 1,292.91 | 254,366.30 |
| 19 | 06/16/2007 | | 3,076.20 | 1,774.27 | 1,301.93 | 253,064.37 |
| 20 | 07/16/2007 | | 3,076.20 | 1,765.19 | 1,311.01 | 251,753.36 |
| 21 | 08/14/2007 | | 3,076.20 | 1,674.26 | 1,401.94 | 250,351.42 |
| Loan | 08/22/2007 | 25,000.00 | | 459.29 | 459.29- | 275,810.71 |
| Loan | 09/06/2007 | 20,000.00 | | 948.75 | 948.75- | 296,759.46 |
| Loan | 09/17/2007 | 12,500.00 | | 748.59 | 748.59- | 310,008.05 |
| 22 | 09/17/2007 | | 3,076.20 | 0.00 | 3,076.20 | 306,931.85 |
| Loan | 10/16/2007 | 11,000.00 | | 2,041.21 | 2,041.21- | 319,973.06 |
| 23 | 10/16/2007 | | 3,076.20 | 0.00 | 3,076.20 | 316,896.86 |
| 24 | 11/16/2007 | | 3,431.89 | 2,210.44 | 1,221.45 | 315,675.41 |
| 25 | 12/18/2007 | | 3,076.20 | 2,347.71 | 728.49 | 314,946.92 |
| 2007 Totals | | 68,500.00 | 37,270.09 | 22,975.09 | 14,295.00 | |
| 26 | 01/15/2008 | | 3,076.20 | 2,022.29 | 1,053.91 | 313,893.01 |
| 27 | 02/25/2008 | | 3,076.20 | 2,914.34 | 161.86 | 313,731.15 |
| 28 | 02/28/2008 | | 200,000.00 | 215.84 | 199,784.16 | 113,946.99 |
| 29 | 03/19/2008 | | 3,076.20 | 522.61 | 2,553.59 | 111,393.40 |
| 30 | 04/16/2008 | | 3,076.20 | 715.26 | 2,360.94 | 109,032.46 |
| 31 | 05/16/2008 | | 3,076.20 | 760.53 | 2,315.67 | 106,716.79 |
| 32 | 06/16/2008 | | 3,076.20 | 744.38 | 2,331.82 | 104,384.97 |
| 33 | 07/17/2008 | | 3,076.20 | 752.22 | 2,323.98 | 102,060.99 |
| 34 | 08/19/2008 | | 3,076.20 | 759.04 | 2,317.16 | 99,743.83 |
| 35 | 11/03/2008 | | 3,076.20 | 1,744.24 | 1,331.96 | 98,411.87 |
| 36 | 12/10/2008 | | 3,076.20 | 845.53 | 2,230.67 | 96,181.20 |
| 2008 Totals | | 0.00 | 230,762.00 | 11,996.28 | 218,765.72 | |
| 37 | 01/12/2009 | | 3,076.20 | 715.31 | 2,360.89 | 93,820.31 |
| 38 | 02/13/2009 | | 3,076.20 | 676.09 | 2,400.11 | 91,420.20 |
| 39 | 03/09/2009 | | 3,076.20 | 503.16 | 2,573.04 | 88,847.16 |
| 40 | 03/17/2009 | | 3,076.20 | 163.00 | 2,913.20 | 85,933.96 |
| 41 | 03/26/2009 | | 3,076.20 | 177.36 | 2,898.84 | 83,035.12 |
| 42 | 04/29/2009 | | 3,076.20 | 636.72 | 2,439.48 | 80,595.64 |
| 43 | 07/17/2009 | | 3,076.20 | 1,465.61 | 1,610.59 | 78,985.05 |
| 44 | 09/09/2009 | | 3,076.20 | 970.45 | 2,105.75 | 76,879.30 |
| 45 | 10/16/2009 | | 3,076.20 | 660.53 | 2,415.67 | 74,463.63 |
| 46 | 11/17/2009 | | 3,076.20 | 536.60 | 2,539.60 | 71,924.03 |
| 47 | 12/18/2009 | | 3,076.20 | 518.30 | 2,557.90 | 69,366.13 |
| 2009 Totals | | 0.00 | 33,838.20 | 7,023.13 | 26,815.07 | |
| 48 | 06/21/2010 | | 9,228.60 | 3,003.93 | 6,224.67 | 63,141.46 |
| 49 | 07/19/2010 | | 3,076.20 | 405.44 | 2,670.76 | 60,470.70 |
| 50 | 07/23/2010 | | 9,230.20 | 55.47 | 9,174.73 | 51,295.97 |

CL-51135938 - Actual 8.37031% - No default rate

| Date | Loan | Payment | Interest | Principal | Balance |
|------|------|---------|----------|-----------|---------|
| 51  08/16/2010 | | 3,076.20 | 282.32 | 2,793.88 | 48,502.09 |
| 52  09/02/2010 | | 3,077.00 | 189.09 | 2,887.91 | 45,614.18 |
| 53  09/16/2010 | | 8,055.93 | 146.45 | 7,909.48 | 37,704.70 |
| 54  10/16/2010 | | 3,076.20 | 263.00 | 2,813.20 | 34,891.50 |
| 55  11/05/2010 | | 3,076.20 | 160.03 | 2,916.17 | 31,975.33 |
| 56  11/15/2010 | | 3,076.20 | 73.33 | 3,002.87 | 28,972.46 |
| 57  12/16/2010 | | 3,076.20 | 208.78 | 2,867.42 | 26,105.04 |
| 2010 Totals | 0.00 | 48,048.93 | 4,787.84 | 43,261.09 | |
| | | | | | |
| 58  01/18/2011 | | 0.00 | 194.15 | 194.15- | 26,299.19 |
| 2011 Totals | 0.00 | 0.00 | 194.15 | 194.15- | |
| | | | | | |
| Grand Totals | 348,990.29 | 392,276.49 | 69,585.39 | 322,691.10 | |

CL-51135938 - Actual 8.37031% - No default rate

An open balance of 26,299.19 still remains.