UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 10-7864-6J1

In the Matter of:

H.R.S. HOTELS CORPORATION

    Debtor.

_____/

## AGREED MODIFICATION TO CLASS 8 PLAN TREATMENT
## OF COMMUNITY BANK OF THE SOUTH

H.R.S. HOTELS CORPORATION D/B/A MOTEL 6 ("Debtor"), by and through their authorized attorney, and COMMUNITY BANK OF THE SOUTH ("Community Bank"), by and through their authorized attorney, and agree to the modification of Class 8 of the Debtor's Plan of Reorganization (Doc. #64):

### CLASS 8 - SECURED FIRST AND SECOND MORTGAGE CLAIM
### OF COMMUNITY BANK OF THE SOUTH

Class 8 consists of an allowed first and second mortgage, said mortgages being secured by a first priority cash collateral claim of Community Bank of the South, which is comprised of a first and second mortgage on the hotel real property as well as a UCC-1 filing on Debtor's tangible and intangible personal property. The principal balance due, excluding late charges and attorney fees through February 15, 2011, on the first mortgage, is $883,992.39. On the second mortgage, the principal balance, excluding late charges and attorney fees, is $51,464.96.

The principal balance on the first mortgage shall be paid, together with accrued interest through March 31, 2011 at 7.34% interest per annum, with the interest to increase to 8 1/4% per

1

annum on April 1, 2011, and shall be paid in equal monthly installments of $8,055.93 until April 1, 2011 when it will increase to $8,655 per month. The second mortgage shall be paid at $3,076.20 per month calculated at the monthly rate of 8 1/4%.

Upon confirmation of the plan, Community Bank shall continue to be a secured claim under Section 506(a) of the Bankruptcy Code as a first priority cash collateral claim and shall be entitled to status as a valid enforceable properly perfected lien and security interest mortgage or charges against or interest in Debtor's assets and real and personal (tangible and intangible) properties, upon the terms and conditions as set forth in the loan and security documents with the secured creditors, modified as set forth herein.

As part of this modification, Debtor and Community Bank also agrees to the following essential terms, which if Debtor fails to comply with, will be additional terms of default, allowing Community Bank to accelerate debt and proceed with its pending State Court foreclosure action:

1.  The pending State Court foreclosure action filed in Brevard County Circuit Court, being Case Number 05-2010-CA-012307, will remain pending. The automatic stay of 11 U.S.C. §362 will be lifted upon entry of the Order of confirmation. If Debtor has not defaulted on this modification and note terms, then on March 31, 2013, the case will be dismissed without prejudice. However, if Debtor does default, Community Bank will be free of the 11 U.S.C. §362 stay and can reactivate the case and proceed toward the remedies sought in the foreclosure action.

2.  Debtor, starting May 1, 2011, will escrow with Community Bank each month, one-twelfth (1/12th) of the amount of the yearly property taxes payable on the motel property. The 2010 real property tax bill will serve as the amount to escrow for 2011 real property taxes.

Each year, the prior tax bill will be used to determine the escrow amount.

3. Debtor will escrow with Community Bank each month, one-twelfth (1/12th) of the amount of the yearly estimated hazard and public liability insurance payable for the motel property.

4. Debtor will fully pay the 2010 real property taxes no later than May 1, 2011.

5. Debtor, upon reasonable notice and request by Community Bank, and provided that it does not unreasonably interfere with the business of the Debtor, Debtor will grant access to Debtor's business records and premises for inspection. In addition, commencing one month from confirmation, Debtor will continue to provide Community Bank the same monthly operating reports it filed with the US Trustee during this Chapter 11. The monthly reports will be due 20 days from the end of the prior month.

6. Debtor shall maintain insurance coverage for its motel property in accordance with the obligations under the loan and security documents of Community Bank.

7. Upon request, Debtor will sign any reasonably required loan document modification, extensions or required government filings.

8. Debtor will pay to Community Bank the sum of $41,598.65 no later than March 31, 2011, which Community Bank shall credit toward the mortgages. This amount is comprised of $19,334.39 toward mortgage arrearages, $8,055.93 for February and a like amount in March toward the first mortgage, and $3,076.20 for February and a like amount in March for the second mortgage. If timely paid, Community Bank will agree to waive late fees from January 1, 2011 through March 31, 2011.

9. Late fees on the first mortgage that accrued prior to January 1, 2011 total

3

$10,069.70 and on the second mortgage $3,537.63 or a total of $13,607.33. Community Bank will agree their late fees can be paid with equal monthly payments of $1,000 per month starting November 1, 2011, until the $13,607.33 is fully paid.

10. Community Bank agrees to cap its legal fees for bankruptcy counsel and State Court foreclosure counsel, through the confirmation hearing, to the sum of $18,000. Debtor will pay $3,000 on May 1, 2011 and each month thereafter so the fees will be paid in six months from May 1, 2011.

11. Debtor will timely pay Brevard County resort taxes and not become delinquent in their payment.

12. Debtor will timely pay all required payments to each class of creditors determined in the Chapter 11 confirmation order.

13. Except for what is set forth in this modification, all other terms of existing notes, mortgage, security agreements, UCC filings and other documents, will remain unaltered.

_____
PRABODH PATEL
STRAUS & PATEL, P.A.
118 W. Orange St.
Altamonte Springs, Florida 32714
Attorneys for HRS Hotels
Telephone 407/331-5505
Facsimile 407/331-6308

_____
RAYMOND J. ROTELLA
KOSTO & ROTELLA, P.A.
Post Office Box 113
Orlando, Florida 32802
Attorneys for Community Bank of the South
Telephone 407/425-3456
Facsimile 407/423-5498

4